DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
KAITLYN MURPHY, State Bar #293309
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859 [Baumgartner]
Telephone:     (415) 554-3867 [Murphy]
Facsimile:      (415) 554-3837
E-Mail:          margaret.baumgartner@sfcityatty.org
E-Mail:          kaitlyn.murphy@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
VICKI HENNESSY; MATHEW FREEMAN,
PAUL MIYAMOTO; JASON JACKSON, AND
SGT. DOLLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO ZAYAS, RUBEN SOTO, ALFREDO RUIZ, JOSE POOT, MILTON LECLAIRE, NIGEL HENRY, ROBERT DOMINGUEZ, and MATTHEW BRUGMAN on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; UNDER SHERIFF MATHEW FREEAN; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, SARGEANT DOLLY and John & Jane DOEs, Nos. 1 - 50,<br><br>Defendants. | Related Case No. 18-cv-06155 JCS<br><br>STIPULATION AND PROPOSED ORDER FOR RELEASE OF CLASS MEMBERS LAST KNOWN RESIDENCE AND CONTACT INFORMATION |

WHEREAS the parties to this matter have agreed to a settlement in principal;

1  WHEREAS the parties have negotiated a settlement of class claims from inmates or former inmates in the San Francisco County jail;

WHEREAS plaintiffs must provide notice to the potential class claimants;

WHEREAS the identity of inmates is protected confidential information under California Penal Code Section 13102;

WHEREAS plaintiffs' counsel will require the addresses of the members of the class, all of whom are or were former inmates housed in A, B, C and G blocks of County Jail 4 from the time period January 1, 2017 to September 30, 2018 in order to provide notice for the conditional class settlement;

WHEREAS the parties believe that the majority of the class members are no longer in custody and only defendants have access to this information;

WHEREAS the PARTIES have entered into a protective order in this case that allows for designation of confidential documents;

NOW WHEREFORE THE PARTIES HEREBY STIPULATE that for purposes of administration of the settlement of the putative class action only, defendants may release the last known address and contact information of all inmates who Plaintiffs' counsel will provide to Defendants' counsel as members of the putative class, under confidentiality provision of the protective order in these consolidated cases.  Plaintiffs must destroy the records following the completion of the administration of the class settlement.

SO STIPULATED.

Dated:  April 24, 2020            DENNIS J. HERRERA
                                  City Attorney
                                  MEREDITH B. OSBORN
                                  Chief Trial Deputy
                                  KAITLYN MURPHY
                                  Deputy City Attorneys

Stip re Defendants' Addresses  
Johnson v. CCSF - Case No. **3:18-cv-04890-JCS**  
2  
/users/kuzu/dropbox/1 sf county jail sewage/pleadings-sewage/stipulation release names.docx

|  |  |
|---|---|
|  | By: */s/ Kaitlyn Murphy* |
|  | KAITLYN MURPHY |
|  | Attorneys for Defendants |

Dated:  April 24, 2020                           LAW OFFICE OF YOLANDA HUANG


                                            */s/ Yolanda Huang*
                                            Yolanda Huang
                                            Counsel for Plaintiffs, individually and others
                                            similarly situated, as a class and Subclass, and for Dion Taylor

Under N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained concurrence in the filing of this document from Kaitlyn Murphy on or about April 24, 2020.
.

                                       By:  */s/ Yolanda Huang*
                                              YOLANDA HUANG


[PROPOSED]

ORDER

       The Court orders that the San Francisco County Sheriff shall release the last known address and contact information of all the individual inmates which Plaintiffs' Counsel shall provide to Defendants' Counsel, as the inmates who are members of the putative class.   Plaintiffs may use this information solely for the administration of the class settlement.  Plaintiffs shall destroy these records upon completion of the administration of the class settlement.

       SO ORDERED.

       Dated:  May __, 2020

                                                        _____
                                                        Magistrate Judge Joseph C. Spero