1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  MEREDITH B. OSBORN
   Chief Trial Deputy
3  MARGARET W. BAUMGARTNER, State Bar #151762
   KAITLYN MURPHY, State Bar #293309
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3859 [Baumgartner]
   Telephone:     (415) 554-3867 [Murphy]
7  Facsimile:     (415) 554-3837
   E-Mail:        margaret.baumgartner@sfcityatty.org
8  E-Mail:        kaitlyn.murphy@sfcityatty.org

9
   Attorneys for Defendants
10 CITY AND COUNTY OF SAN FRANCISCO,
   VICKI HENNESSY; MATHEW FREEMAN,
11 PAUL MIYAMOTO; JASON JACKSON, AND
   SGT. DOLLY

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| CANDIDO ZAYAS, RUBEN SOTO, ALFREDO RUIZ, JOSE POOT, MILTON LECLAIRE, NIGEL HENRY, ROBERT DOMINGUEZ, and MATTHEW BRUGMAN on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; UNDER SHERIFF MATHEW FREEAN; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, SARGEANT DOLLY and John & Jane DOEs, Nos. 1 - 50,<br><br>    Defendants. | Related Case No. 18-cv-06155 JCS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR RELEASE OF CLASS MEMBERS LAST KNOWN RESIDENCE AND CONTACT INFORMATION |

WHEREAS the parties to this matter have agreed to a settlement in principal;

1  WHEREAS the parties have negotiated a settlement of class claims from inmates or former inmates in the San Francisco County jail;

2  WHEREAS plaintiffs must provide notice to the potential class claimants;

3  WHEREAS the identity of inmates is protected confidential information under California Penal Code Section 13102;

4  WHEREAS plaintiffs' counsel will require the addresses of the members of the class, all of whom are or were former inmates housed in A, B, C and G blocks of County Jail 4 from the time period January 1, 2017 to September 30, 2018 in order to provide notice for the conditional class settlement;

5  WHEREAS the parties believe that the majority of the class members are no longer in custody and only defendants have access to this information;

6  WHEREAS the PARTIES have entered into a protective order in this case that allows for designation of confidential documents;

NOW WHEREFORE THE PARTIES HEREBY STIPULATE that for purposes of administration of the settlement of the putative class action only, defendants may release the last known address and contact information of all inmates who Plaintiffs' counsel will provide to Defendants' counsel as members of the putative class, under confidentiality provision of the protective order in these consolidated cases. Plaintiffs must destroy the records following the completion of the administration of the class settlement.

SO STIPULATED.

Dated:  April 24, 2020           DENNIS J. HERRERA
                                 City Attorney
                                 MEREDITH B. OSBORN
                                 Chief Trial Deputy
                                 KAITLYN MURPHY
                                 Deputy City Attorneys

Stip re Defendants' Addresses
Johnson v. CCSF - Case No. **3:18-cv-04890-JCS**
2
/users/kuzu/dropbox/1 sf county jail sewage/pleadings-sewage/stipulation release names.docx

By: /s/ Kaitlyn Murphy
KAITLYN MURPHY
Attorneys for Defendants

Dated: April 24, 2020        LAW OFFICE OF YOLANDA HUANG

/s/ Yolanda Huang
Yolanda Huang
Counsel for Plaintiffs, individually and others similarly situated, as a class and Subclass, and for Dion Taylor

Under N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained concurrence in the filing of this document from Kaitlyn Murphy on or about April 24, 2020.
.

By: /s/ Yolanda Huang
YOLANDA HUANG

[PROPOSED]

ORDER

The Court orders that the San Francisco County Sheriff shall release the last known address and contact information of all the individual inmates which Plaintiffs' Counsel shall provide to Defendants' Counsel, as the inmates who are members of the putative class. Plaintiffs may use this information solely for the administration of the class settlement. Plaintiffs shall destroy these records upon completion of the administration of the class settlement.

SO ORDERED.

Dated: May 4, 2020

_____
Magistrate Judge Joseph C. Spero