LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410
Email: yhuang.law@gmail.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CANDIDO ZAYAS, RUBEN SOTO, ALFREDO RUIZ, JOSE POOT, MILTON LECLAIRE, NIGEL HENRY, RALPH DOMINGUEZ, MATTHEW BRUGMAN , MICHAEL BROWN, KISHAWN NORBERT, MARK EDWARD HILL, and JAMES CLARK on behalf of themselves individually and others similarly situated, as a class and Subclass, <br><br>Plaintiffs, <br><br>vs. <br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; UNDER SHERIFF MATHEW FREEAN; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, SARGEANT DOLLY and John & Jane DOEs, Nos. 1 - 50. <br><br>Defendants. | Case No.: 3:18 -cv-06155 <br><br>Related Case No.  3:18-cv-04890-JCS (Johnson) <br>Related Case No. 18-cv-04857 JCS (Taylor) <br><br>SUPPLEMENTAL DECLARATION IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT <br><br><br>Hearing Date: April 23, 2021 <br>Time:            9:30 a.m. <br>Place:           Courtroom G, 15th Floor <br><br>Magistrate Joseph Spero, presiding |

I, YOLANDA HUANG, declare:

1

**PLAINTIFFS' SUPPLEMENTAL DECLARATION IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**
*Zayas, et al. v. San Francisco County Sheriff's Department et al.,*  United States District Court, Northern District of California, Case No.3:18-cv-06155

1. I am an attorney licensed to practice in the State of California, am admitted to appear before this Court. I am one of the counsel for Plaintiffs.

2. Plaintiffs have investigated the process and cost of using social media to reach class members for whom we do not have current contact information. There are companies who specialize in social media marketing. One such company is "Do It For The Kid", which specializes in Facebook marketing. Attached as Exhibit A is a true and correct copy of a proposal, outlining how Do It For The Kid would develop targeted ads, to each an audience of up to 7,000 individuals, and through these targeted ads, aim to notify members of the class.

3. The costs for this social media campaign are comparable to print media. However, we would be able to gauge the efficacy based upon the number of daily clicks. This outreach can also be expanded or extended.

4. I know that this population uses Facebook, and I have been successful in reaching clients through Facebook contacts. Furthermore, Facebook pages do not expire, and have no fee, so individuals can retain their Facebook page while in custody and simply re-activate their Facebook pages when they are out of custody, which many do.

    I make this declaration under penalty of perjury under the laws of the State of California. Executed in Berkeley, California on April 9, 2021.

                                    __/s/ Yolanda Huang_____
                                    Yolanda Huang

# EXHIBIT A

3

**PLAINTIFFS' SUPPLEMENTAL DECLARATION IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**
*Zayas, et al. v. San Francisco County Sheriff's Department et al.,* United States District Court, Northern District of California, Case No.3:18-cv-06155

# Priscilla Grim

Dba *Do It For The Kid*
2328 NEWKIRK AVE, 4C
BROOKLYN, NY 11226
Payment accepted via Venmo, Zelle, CashApp, Bitcoin, Etherum, Helium, or Direct Deposit to Chase Bank

# Proposal

#353

**PREPARED FOR**

## Greenfire Law, PC

2550 Ninth Street, Ste. 204B, Berkeley, CA 94710 |  (510) 900-9502
*Time period Late March 2021 to Mid April 2021*

**PREPARED DATE**
Saturday, March 20th, 2021

## Primary Objective

Reach an audience of 500 low-income, homeless men, who were housed in the San Francisco Hall of Justice jail during the long-term sewage problems, and are the recipients of a $2.1 million class action lawsuit.

## Timeline + Budget

After signed agreement of contract and NDA terms, April 1 - 15, 2021

- Design Artwork, build a landing page on greenfirelaw.com, create three ads *($500) (complete three days after communications collateral is received)*
- Create Facebook Custom Audience with age and gender parameters and recently visited locations of addresses with homeless services *($1000) (delivered at the same time as the design artwork)*
- Set up ad campaign through Facebook Business platform for the Greenfire Law firm Facebook page https://www.facebook.com/greenfirelaw *($500) (two days after approval of ad collateral)*
- Ad campaign observation and maintenance, with reporting back after seven days. *($500)*

$2500 for Ms. Grim, see pricing above.

If Greenfire would like to use in house designer, Ms. Grim will waive $500 design fee

Initial proposed spend on Facebook platform - $150.00 with review after one week of results. Estimated daily results on sample parameters would be reaching 2.4K - 7K people a day with 106 - 305 link clicks a day. Ms. Grim will forward new estimated daily results on full parameters (total age ranges and possible visited addresses).

## Engagement Reporting

During the time of contract, the consultant will provide daily reports of engagement in PDF form for review by Greenfire Law.