# EXHIBIT D

# CLAIMS ADMINISTRATION PROPOSAL UPDATED MAY 7, 2021

CLASS ADMINISTRATOR shall:
1. Accept receipt of information regarding the Plaintiffs and members of the Settlement Classes and Settlement Actions;
2. Update the provided addresses for all members of the Settlement Classes and Settlement Collective Actions, where appropriate;
3. Ensure the total cost is consistent with Claims Administrator's quoted cost for services and expenses in connection with the administration of the Settlement;
4. Calculate the amount of the individual Settlement Payments, including any and all restitution owed, in accordance with the terms of the Settlement Agreement;
5. Prepare, format, print, and disseminate by First-Class U.S. Mail the Notice and Claim Form approved by the Court. Send Notices as live links to texts and as email attachments where appropriate.
6. Prepare an accurate Spanish language Notice of the approved Notice and Claim Form approved by the Court.
7. Prepare a letter to each class member [Class Member Letter] in English and Spanish that includes an approximately calculation of the amount of the individual Settlement Payments in accordance with the terms of the Settlement Agreement.
8. Prepare, format, print, and disseminate by First-Class U.S. Mail the English Language Notice approved by the Court, accompanied by the Spanish Language Notice, and the Class Member Letter;
9. Resend any undeliverable Notices where appropriate;
10. Respond to all written challenges received from Class Members regarding the mount stated in the Class Member Letter within 2 weeks of receipt.
11. Collect and receive communications from members of the Settlement Classes regarding any special handling requests for checks, as well as collect written requests for exclusion by members of the Rule 23 Settlement Classes;
12. Set up social media outreach to reach as widely as possible, class members, to disseminate information about this Class Action Settlement;
13. Establish and maintain a Spanish and English website, physical mailing address, e-mail account, fax number, a phone number which is capable of receiving texts for communications from the members of the Putative Settlement Classes;
14. Contact any members of the Putative Rule 23 Settlement Class who timely and properly submit both (i) a written request for exclusion, and objections to the proposed settlement, to inform such individuals that they cannot both request exclusion from the Settlement and object to the settlement and ask such individuals which option they wish to pursue;
15. Following the issuance of an Order granting final approval to the Parties' proposed settlement, and after the Effective Date of the Parties' proposed settlement, take the necessary steps to distribute Settlement Payments to Authorized Claimants, as well as to make any other Court-authorized payments under the Settlement. This shall include:
    a. Setting up a dedicated Settlement Fund;
    b. Calculate the amount of the Class Settlement each class member is entitled to.
    c. Calculate the amount of individual restitution owed by each class member. The restitution shall be based upon the individual restitution sheet provided by Defense Counsel;
    d. Determine the amount of restitution which should be paid on behalf of each individual class member to the Office of Victim and Survivor Rights and Services

    e. Calculate and total payment which each class member is entitled to as his share of the settlement, after deduction of any restitution owed, in the First Distribution, The Claims Administrator shall provide Written Notice to each Class Member, as part of the Initial Distribution, their individually calculated Restitution Amount, as well as the total amount of restitution paid on his behalf from this Class Action.

    f. Respond to all class member communications questioning or challenging the determination of the amount to which said Class Member is entitled to in his first-round distribution is incorrect, either because of the number of days he experienced a flooding event is incorrect, or because he was incorrectly designated as a member of the wrong Sub-Class; after reviewing the Records the Records produced by Defendants to Class Counsel as described in paragraph 42 of the Amended Settlement Agreement.

    g. Accepting distribution by Defendants of the Gross Settlement Amount minus any restitution owed and minus any attorneys' fees and costs awarded by the Court into the dedicated Settlement Fund;

16. Preparing and sending, by U.S. Mail, Settlement Payments to Authorized Claimants;
17. Voiding and placing stop-payments on Settlement Payment checks that are not negotiated within the number of calendar days as specified by the Court after being mailed to an Authorized Class Member, or that are reported as potentially stolen or lost by an Authorized Class Member; Reissuing and mailing checks to Authorized Class Members who report the check was lost or stolen;
18. Within 250 days after mailing the Individual Settlement Amount checks, preparing and sending to Defense Counsel and Class Counsel an accounting of the settlement distribution that identifies any checks issued but not cashed;
19. After 270 days, stopping payment on any and all uncashed checks, unclaimed funds and remaining funds shall be distributed pro-rata to members of Sub-Class A and Sub-class B, as the Second Distribution.
20. 270 days after the Second Distribution, any and all remaining funds shall be distributed as Cy Pres funds to Legal Services for Prisoners With Children.
21. Regularly report to the Parties, in written form, the substance of the work it performs in this matter. This shall include informing the Parties of the dates the Claims Administrator mails the Notice to members of the Putative Settlement Classes, the number of claim forms, objections or exclusion requests received, and when it distributes funds from the QSF;
22. Provide to counsel for both Parties, within the number of days as set by the Court, the mailing of the Notice of Settlement, a declaration from an appropriate agent or agents working for it, stating under penalty of perjury (a) the names and addresses of all individuals to whom the Settlement Administrator mailed notice of the proposed settlement; (b) the Settlement Class(es) of which that person was a member; and (c) the identity of all individuals who validly and timely requested exclusion from the settlement;
23. Maintain records of all activities associated with its settlement administration duties pursuant to this Order and the Settlement Agreement, including (i) records reflecting the dates of all mailings to members of the Settlement Classes; (ii) records reflecting the dates of all materials and inquiries received in connection with the proposed settlement (whether by U S. Mail fax, text, e-mail, or telephone); (iii) the original mailing envelope

    for any returned Notice, any written requests for exclusion, or any other correspondence received from members of the Settlement Classes; (iv) the original copies of any U.S. mail, text or email communications with any members of the Settlement Classes or Authorized Claimants.
24. From the mailing of the Notice, through 270 days following the Second and final distribution of funds from the Settlement Fund to Authorized Class Members, establish and maintain a telephone number, email and website for inquiries from members of the Settlement Classes regarding the notice and distribution process.
25. Counsel for all Parties have the right to review and approve any documents to be mailed by the Claims Administrator in connection with the proposed settlement prior to their mailing or distribution, and the Claims Administrator may not mail or provide any such documents without first receiving written approval from the Lead Counsel for the Plaintiffs or direction from the Court to send such documents.
26. Take reasonable steps to protect the disclosure of any and all personal information concerning members of the Settlement Classes provided to Claims Administrator by counsels for the Parties. This includes maintaining reasonable administrative, physical, and technical controls in order to avoid public disclosure of any such information and to protect the confidentiality, security, integrity, and availability of such personal data.
27. Perform whatever additional tasks that are agreed to by all Parties, and which are reasonably necessary to effectuate the issuance of the Court-authorized Notice, to collect and track correspondence and communications submitted by Class Members, and requests for exclusion from those Settlement Class members who wish to exclude themselves from the proposed settlement, and, if it is later granted final approval, to distribute funds associated with the settlement in accordance with the terms of the Settlement Agreement.