# EXHIBIT E

# RACHEL DOUGHTY CV

# RACHEL S. DOUGHTY

2550 9th Street, Ste. 204B, Berkeley, CA 94710
rdoughty@greenfirelaw.com
(510) 900-9502

---

**EXPERIENCE:**

**Greenfire Law, PC**, Berkeley, CA
*Founder, July 2011 -- Present*
- Litigation and legislative drafting
- Representative legal authority: Clean Water Act, California Safe Drinking Water and Toxic Enforcement Act, Wild and Scenic Rivers Act, Transportation Act (Section 4(f)), Refuge Management Act, National Environmental Policy Act, California Environmental Quality Act, Freedom of Information Act, California Public Records Act
- Legislative drafting: plastic microbeads ban in personal care products
- Representative clients: Earth Island Institute, Georgia ForestWatch, 5 Gyres, Story of Stuff, Center for Biological Diversity, individuals

**Paul, Hastings, Janofsky & Walker LLP**, San Francisco, CA
*Associate, November 2007 – August 2010*
- Environmental compliance counseling
- Representative legal authority: California environmental and land use law, Resource Conservation and Recovery Act, National Environmental Policy Act, Clean Water Act, Clean Air Act, laws and regulations pertaining to federal lands management
- Representative clients: solar power producers, geothermal power producers, industrial recyclers, manufacturers of consumer goods, public lands management citizen groups

**Gary A. Davis & Associates**, Hot Springs, NC
*Associate, June 2006 -- June 2007*
- Litigation and state and federal administrative actions
- Representative legal authority: Clean Water Act, Freedom of Information Act, North Carolina's Sedimentation Pollution Control Act, local land use and environmental ordinances
- Representative clients: individual land owners, public interest groups in North Carolina, Alabama, Tennessee, and Florida

**WildLaw**, Asheville, NC
*Attorney, September 2004 -- April 2006*
- Federal administrative law, media, organizing
- Representative legal authority: National Forest Management Act, Federal Lands Policy and Management Act, National Environmental Policy Act, Freedom of Information Act, Administrative Policy Act, Clean Water Act, state and local ordinances; corresponding regulations
- Representative clients: Wild South, South Carolina Native Plant Society

**U.S. Environmental Protection Agency, Office of Water, Wetlands Division**, Washington, DC
*National Network for Environmental Management Studies Fellow, 2000 -- 2001*
- Bronze Medal Award for Commendable Service for preparation of multi-state/federal action plan for remediation of hypoxia in Gulf of Mexico
- Policy analysis: hypoxia in the Gulf of Mexico and USDA Farm Bill programs

**BAR ADMISSIONS:**
- California (active); North Carolina (inactive)

**COURT ADMISSIONS:**
- United States District Court for the Central, Eastern, and Northern Districts of California, Western District North Carolina, District D.C., Fourth and Ninth Circuit Courts of Appeal

**EDUCATION:**

**University of Virginia School of Law**, Charlottesville, VA
*J.D., 2004; GPA 3.49*
- Environmental Law Forum (President), William Minor Lile Moot Court Competition, National Environmental Moot Court Competition
- Conference on Public Service and the Law (panel organizer)

**Cornell University**, Ithaca, NY
*M.S. Natural Resources, Minor Concentration: Biogeochemistry, 2003; GPA 3.97*
- Thesis: *Use of Wetlands to Reduce Nitrogen Loads in the Mississippi Atchafalaya River Basin*
- Teaching Assistant, Introductory Biology Laboratory

**University of Tennessee**, Knoxville, TN
*B.S. Biochemistry, Cellular and Molecular Biology, 1998; magna cum laude*
- Howard Hughes Threshold Honors in Biology Scholar
- *Beta Beta Beta* Biology Honor Society
- Laboratory Research Assistant to Dr W. O. Smith as part of Joint Global Ocean Flux Study in Antarctica, funded by National Science Foundation

**PUBLICATIONS AND PRESENTATIONS:**
- Speaker, Public Interest Environmental Law Conference: Land Use Regulation in the Age of Marijuana Legalization (2017)
- Speaker, Hammer Museum, Ocean Plastic Pollution (2015)
- Speaker, Public Interest Environmental Law Conference, Plastics: Changing the Rules Panel (2015)
- Speaker, Tulane Summit on Environmental Law & Policy, Plastics Panel (2014)
- Co-author, *The Case for a Ban on Microplastics in Personal Care Products*, Tulane Environmental Law Journal (Summer 2014)
- Speaker, Public Interest Environmental Law Conference, Ethics Panel (2013)
- Speaker, Plastic Pollution Solutions: Effective Legal Tools Panel, Blue Ocean Film Festival (2012)
- Co-author, *"Energy Inputs in Crop Production in Developing and Developed Countries"* in Rattan Lal et al., <u>Food Security and Environmental Quality in the Developing World</u> (2003)
- Author, *Types of Wetlands* (http://water.epa.gov/type/wetlands/types_index.cfm).

**COMMUNITY:**

**Sylvia Mendez School**
- Green Team Lead (2019- present)
- Unallocated Funds Committee, PTA (2019-present)

**Camp Phoenix**
- Advisory committee member (2017-2019)

**Dogwood Alliance**
- Board of Directors: chair (2015-2017), vice chair (2013-2015), Board Governance Committee Chair (2012)

**Women in Greentech & Sustainability**
- Founding board member (2010)

**Cleantech Open Competition**
- Volunteer (2009-2010)