# EXHIBIT C

# NOTICE – SPANISH

# UPDATED 5.7.2021

# 850 Bryant
# Cárcel del Condado 4
# Acción colectiva de aguas residuales

# COMUNICACIÓN DE LIQUIDACIÓN AUTORIZADA POR LA CORTE

# FECHA LÍMITE PARA LA OBJECIÓN
# Y OPTE POR NO PARTICIPAR:
# Mi XX, 2021

1

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO NORTE DE CALIFORNIA

*Candido Zayaz et al. v. Departamento del Sheriff de San Francisco et al.*

Caso No.: 3:18-CV-06155 JCS

**Un tribunal autorizó este aviso. Esto no es una solicitud de un abogado.**

Usted está recibiendo este aviso porque ha sido identificado como un probable miembro de la clase en este caso, que implica la exposición de aguas residuales en los Bloques de Vivienda A, B o C de la Cárcel del Condado de San Francisco 4, ubicada en 850 Bryant Street, entre el 3 de enero de 2017 y el 30 de septiembre de 2018. Si de hecho es un miembro de la clase, entonces tiene derecho al dinero para compensarlo por los desbordamientos de aguas residuales que le afectaron durante el tiempo que pasó en la cárcel.

## Sus derechos legales se ven afectados tanto si actúa en respuesta a este aviso como si no. Se aplican plazos estrictos.

Este aviso resume la solución propuesta de este caso. Para conocer los términos y condiciones precisos del acuerdo, visite www.sanfranciscosewagelawsuit.com o puede ponerse en contacto con el administrador de la clase por correo electrónico, teléfono o correo electrónico.

También puede acceder al expediente judicial para este caso, por una tarifa, a través del sistema de acceso público a los registros electrónicos judiciales (PACER) de la Corte.

## Para obtener más información:

Sitio web del caso:

**Www. sanfranciscosewagelawsuit.com**

Correo electrónico del caso:

**SFJailsewageclassction@gmail.com**

Teléfono del caso:
**1-855-279-9150**

Caso U.S. Mail:

**Acción colectiva de aguas residuales
Po Box 5475
Berkeley, CA, 94705**

Fax de caso:

**(510) 580-9410**

Pacer:

**https://ecf.cand.uscourts.gov**

Juzgado:

**Edificio Federal Philip Burton
450 Golden Gate Avenue, piso 16
San Francisco, CA** 94102

3

# PREGUNTAS FRECUENTES

**Contenido**

1 INFORMACIÓN .................................................................................................................
        74..........................................................................................................................................
        7

   1.1 ¿Por qué recibí este aviso? ................................................................................................
                  ........................................................................................................................... 74
                  ............................................................................................................................
                  ............................................................................................................................ 7

   1.2 ¿De qué se trata esta demanda? ........................................................................................
                  ........................................................................................................................... 74
                  ............................................................................................................................
                  ............................................................................................................................ 7

   1.3 ¿Qué es una demanda colectiva y quién está involucrado? ...............................................
                  ........................................................................................................................... 74
                  ............................................................................................................................
                  ............................................................................................................................ 7

   1.4 ¿Cuánto recibirá cada persona? ........................................................................................
                  ........................................................................................................................... 74
                  ............................................................................................................................
                  ............................................................................................................................ 7

   1.5 ¿Cómo puedo obtener información sobre el acuerdo y sus beneficios? ...........................
                  ........................................................................................................................... 84
                  ............................................................................................................................
                  ............................................................................................................................ 8

   1.6 ¿Quién es el juez a cargo de este caso? ............................................................................
                  ........................................................................................................................... 84
                  ............................................................................................................................
                  ............................................................................................................................ 8

   1.7 ¿Cómo se paga a los abogados? .......................................................................................
                  ........................................................................................................................... 85
                  ............................................................................................................................
                  ............................................................................................................................ 8

   1.8 ¿Por qué esta demanda es una demanda colectiva? ..........................................................
                  ........................................................................................................................... 95
                  ............................................................................................................................
                  ............................................................................................................................ 9

   1.9 ¿Ha decidido el Tribunal quién tiene razón? ....................................................................
                  ........................................................................................................................... 95
                  ............................................................................................................................
                  ............................................................................................................................ 9

2 ¿QUIÉN ESTÁ EN EL ACUERDO? ....................................................................................
        95..........................................................................................................................................
        9

2.1 ¿Soy parte de este Acuerdo? ............................................................................................................
.................................................................................................................................................... 95
............................................................................................................................................................
............................................................................................................................................ 9

2.2 ¿Qué pasa si estaba en 850 Bryant pero no en los bloques de vivienda A, B o C? .....................
.................................................................................................................................................... 95
............................................................................................................................................................
............................................................................................................................................ 9

2.3      9 ¿Qué pasa si estaba en 850 Bryant y en Housing Blocks, A, B o C, pero no estaba allí
         cuando las aguas residuales se derramaron? ..............................................................................
.................................................................................................................................................. 9 5
............................................................................................................................................................
............................................................................................................................................ 9

2.4 ¿Cómo se decide quién está en la Clase y quién no está en la Clase? ........................................
.................................................................................................................................................... 95
............................................................................................................................................................
............................................................................................................................................ 9

3 LOS BENEFICIOS DEL ACUERDO-- LO QUE OBTENDRÉ ........................................................
      106 ....................................................................................................................................................
      10

3.1 ¿Qué proporciona el Acuerdo en términos de dinero? ................................................................
.................................................................................................................................................. 106
............................................................................................................................................................
............................................................................................................................................ 10

4 ¿CUÁLES SON MIS OPCIONES? ......................................................................................................
      116 ....................................................................................................................................................
      11

4.1 ¿Qué pasa si no hago nada? ..........................................................................................................
.................................................................................................................................................. 116
............................................................................................................................................................
............................................................................................................................................ 11

4.2 ¿Por qué querría excluirme del Acuerdo de Demanda Colectiva? ............................................
...................................................................................................................................................... 6
............................................................................................................................................................
............................................................................................................................................

4.3 ¿Cómo pido a la Corte la exclusión voluntaria de la clase? .......................................................
.................................................................................................................................................. 117
............................................................................................................................................................
............................................................................................................................................ 11

4.4 ¿Tengo un abogado en el caso? ....................................................................................................
.................................................................................................................................................. 137
............................................................................................................................................................
............................................................................................................................................ 13

4.5 ¿Qué debo hacer para obtener los beneficios del Acuerdo? .......................................................
.................................................................................................................................................. 147
............................................................................................................................................................
............................................................................................................................................ 14

4.6 ¿Cómo se lo digo a la Corte si no me gusta el Acuerdo de Demanda Colectiva? ......................
................................................................................................................................................ 147
................................................................................................................................................
................................................................................................................................... 14
4.7 ¿Cuándo puedo esperar recibir dinero? ..................................................................................
.................................................................................................................................................. 8
................................................................................................................................................
................................................................................................................................................
4.8 ¿Tengo que ir a los tribunales? ...............................................................................................
................................................................................................................................................ 148
................................................................................................................................................
................................................................................................................................... 14
5 GETTING MÁS INFORMACIÓN ...............................................................................................
    148 ..................................................................................................................................
    14
OPT OUT (EXCLUSIÓN) FORMULARIO DE SOLICITUD ........................................... 169
................................................................................................................................................ 16
INSTRUCCIONES ESPECIALES DE MANEJO PARA SU CHEQUE ........................ 1710
................................................................................................................................................ 17

# 1   INFORMACIÓN BÁSICA

## 1.1   ¿Por qué recibí este aviso?

Recibió este aviso porque fue identificado en los registros de la Oficina del Sheriff del Condado de San Francisco como encarcelado en la cárcel del condado 4 en los bloques de viviendas A, B o C entre el 3 de enero de 2017y el 30 de septiembre de2018. Los registros también indican que fue sometido a desbordamiento directo o indirecto de aguas residuales en uno o más días durante ese período. El propósito de este aviso es informarle que:

1. La Corte ha permitido, o "certificado", una demanda colectiva que podría afectarlo. Usted tiene derechos legales y opciones que puede ejercer antes de que la Corte emita una sentencia definitiva en el caso.

**Y**

2. Un acuerdo negociado por los Demandantes y Demandados ha sido aprobado preliminarmente por la Corte. Usted tiene derecho a elegir tomar la compensación que forma parte del acuerdo, oponerse a las condiciones de liquidación o pedir que se le excluya del caso antes de que el Tribunal dé la aprobación definitiva. Debe tomar su decisión antes de la fecha límite [DEADLINE] o se incluirá automáticamente en el acuerdo si es miembro de la clase.

## 1.2   ¿De qué se trata esta demanda?

Esta demanda busca compensar a las personas que estuvieron expuestas a desbordamientos de aguas residuales en la Cárcel del Condado 4 en los Bloques de Vivienda A,B o C entre el 3 de enero de 2017y el 30 de septiembre de 2018.. Los Demandantes en este caso alegan que los desbordamientos de aguas residuales violaron sus derechos constitucionales bajo las Enmiendas Octava y/o Decimocuarta.

## 1.3   ¿Qué es una demanda colectiva y quién está involucrado?

En una demanda colectiva, una o más personas llamadas "Representantes de Clase" (en este caso Candido Zayas, Rubén Soto, Alfredo Ruiz, Jose Poot, Milton LeClaire, Roger Domínguez, Michael Brown y Matthew Brugman) demandan en nombre de otras personas que tienen reclamos similares. Las personas juntas son una "Clase" o "Miembros de clase". Las personas que presentaron la demanda ytodos los miembros de la clase se llaman losDemandantes. Las personas o entidades que demandan los Miembros de la Clase se llaman los Demandados. Los acusados en este caso son el Departamento del Sheriff del Condado de San Francisco, la Ciudad unnd County of SanFrancisco, ex Sheriff de San Francisco Vicki Hennessey; ex Sub-Sheriff Mathew Freema; Jefe Adjunto Sheriff Paul Miyamoto; Capitán Jason Jackson, y ex Sargento Dolly. Un tribunal resuelve los problemas para todos en la Clase.

## 1.4   ¿Cuánto recibirá cada miembro de la clase?

El acuerdo propuesto se distribuirá entretres subclasificados. Aquellos que tuvieron impactos directos en las aguas residuales recibirán dos distribuciones. Su pago individual dependerá de las sub-clases a las que pertenezca y el número de días que experimentó un evento de alcantarillado en la cárcel del condado 4 según lo registrado por los registros de la Oficina del Sheriff. Los pagos se realizarán únicamente si el tribunal concede la aprobación definitiva del acuerdo. Habrá deducciones por honorarios de abogados, costos, administración de reclamos y restitución. La carta adjunta contiene la cantidad aproximada que usted va a recuperar como parte de este acuerdo.

En la distribución de primera ronda:

- La Sub-Clase A: **Direct Sewage Impact & Filed a Grievance** recibirá $510 aproximadamente $1.1 millones. Cincuenta por ciento (50%) del total de honorarios y costos de los abogados,y los costos de administración de reclamos se

7

asignarán a la Sub-Clase A. El monto de los honorarios y costos de los abogados deducidos de cada Miembro de la Clase Sub-Clase A por cada día de impacto en las aguas residuales se calculará por igual en toda la sub-clase. El Tribunal aún no ha aprobado los honorarios y costos de los abogados solicitados en este caso. H**owever, si la Corte aprueba los honorarios y costos de los abogados solicitados, cada miembro de la Sub-Clase A recibiría un estimado** de **$328 por cada día de impacto de aguas residuales.**

- La Sub-Clase B: **Direct Sewage Impact & No Grievance** recibirá $901,600 para la clase. Cincuenta por ciento (50%) del total de honorarios y costos de los abogados, y los costos de administración de reclamos se asignarán a la Sub-Clase A. El monto de los honorarios y costos de los abogados deducidos de cada Miembro de la Clase B de la Sub-Clase para cada día de impacto en las aguas residuales se calculará por igual en toda la sub-clase. El Tribunal aún no ha aprobado los honorarios y costos de los abogados solicitados en este caso. **Sin embargo, si la Corte aprueba los honorarios y costos de los abogados solicitados, cada** miembro de la Clase **B recibiría** un estimado de **$72.60 por cada día de impacto de aguas residuales.**

- La Sub-Clase de **Impacto Indirecto** de Aguas Residuales recibirá $5.15 por ocurrencia de impacto indirecto de aguas residuales. No hay deducciones de este número basadas en honorarios y costos, incluidos los costos de administración de la liquidación.

- Utilizando la información proporcionada anteriormente, puede calcular una estimación de su verificación de distribución de primera ronda basada en la Sub-Clase a la que pertenece y el número de días que experimentó un evento de inundación en la Cárcel del Condado 4.

En la distribución de la segunda ronda: Si, después de 270 días (nueve meses), hay fondos no reclamados de la distribución de la primera ronda, los Fondos No reclamados se distribuirán prorrateados a los miembros de la Clase A y subclase B. No se deducirán honorarios o costos adicionales de abogados de la distribución de segunda ronda.

Los fondos restantes 270 días después de la distribución de la segunda ronda se asignarán al receptor de cy pres, Servicios Legales para Presos con Niños, una organización sin fines de lucro del Área de la Bahía.

### 1.5 ¿Cómo puedo obtener información sobre el acuerdo y sus beneficios?

Este Aviso es un resumen del Acuerdo de Demanda Colectiva y sus beneficios. Los detalles completos delettlement propuesto están disponibles en línea en el Sitio Web del Acuerdo:

Www. sanfranciscosewagelawsuit.com

### 1.6 ¿Quién es el juez a cargo de este caso?

El magistrado Joseph C. Spero, de la Corte de Distrito de los Estados Unidos para el Distrito Norte de California, está supervisando esta demanda colectiva. La demanda es conocida como *Candido Zayas, et al. v County of San Francisco Sheriff's Department*, casoNo. 18 cv-06155 JCS.

### 1.7 ¿Cómo se paga a los abogados?

La Corte nombró abogados para representar a los demandantes en este asunto. Estos abogados se conocen como "Abogados de la Clase". Los Abogados de la Clase están pidiendo honorarios y costos por la cantidad de $695,000, cuales incluyen $660,000 en honorarios legales que se dividirán 50/50 entra La Oficina Legal De Yolanda Huang y La Oficina Legal de Stanley Goff y Fulvio Cajina. Los honorarios y costos pagados al Abogado de la Clase deben ser aprobados por la Corte.

Los costos de distribuir los fondos de liquidación, como enviar este aviso, enviar por correo los cheques, también saldrán de los fondos de liquidación.

8

Class Counsel presentará una moción ante el Tribunal que contiene la cantidad final de honorarios y costos de abogados solicitados antes de la fecha límite para que los Miembros de la Clase se opongan al acuerdo, que se pondrá a disposición a www.sanfranciscosewagelawsuit.com o, por una tarifa, a través del expediente judicial para este caso a través del sistema de Acceso Público a Registros Electrónicos de la Corte (PACER).

### 1.8  ¿Por qué esta demanda es una demanda colectiva?

La Corte decidió que esta demanda cumple con los requisitos de la Regla Federal de Procedimiento Civil 23, que rige las demandas colectivas en los tribunales federales. Específicamente, el Tribunal de Justicia constató que esta demanda colectiva será más eficiente que tener muchas demandas individuales porque:

- Hay aproximadamente 2.592 miembros de laclase;
- Los miembros de la clase no presentaron individualmente sus propias demandas o demandasseparadas;
- Hay cuestiones jurídicas y hechos compartidos por todos los p laintiffs;
- Las alegaciones de los Representantes de la Clase son típicas de las reclamaciones del resto de los miembros de la clase (exposición a las aguas residuales);
- Los Representantes de la Clase y los abogados que representan a la Clase representarán justa y adecuadamente los intereses de laClase;
- Las cuestiones y hechos jurídicos comunes son más importantes que las preguntas que afectan únicamente a laspersonas.

### 1.9  ¿Ha decidido la Corte quién tiene razón?

El Tribunal no ha decidido si los Demandados o los Demandantes son correctos. Los Demandantes y los Demandados han negociado un acuerdo. La Corte determinará si el Acuerdo es justo, razonable y adecuado. El Acuerdo proporciona beneficios a las brasas clase Myal público, y, si finalmente se aprueba, adoptará la forma de una sentencia definitiva.

## 2  ¿QUIÉN ESTÁ EN EL ACUERDO?

### 2.1  ¿Soy parte de este Acuerdo?

Si usted fue encarcelado en el Bloque de Vivienda A,B, o C en el$^{piso\ 7}$ de la calle Bryant 850 (Cárcel del Condado 4) entre el 3 de enero de 2017, y el 30de septiembre de2018, **y** tuvo impactos directos **o** indirectos de aguas residuales como se refleja en los registros de la Oficina del Sheriff, usted puede ser parte del acuerdo. La clase de liquidación como tres sub-clases descritas anteriormente en la Sección 1.4.

**Si no está seguro, comuníquese con class counsel en
1-855-279-9150
O
SFJailsewageclassction@gmail.com.**

### 2.2  ¿Qué pasa si estaba en 850 Bryant pero no en Housing Blocks A,B, o C?

A continuación, no se incluye en esta liquidación de clases o caso.

### 2.3  ¿Y si estuviera en 850 Bryant y en Housing Blocks, A, B o C, pero no estuviera allí cuando las aguas residuales se derramaron?

Entonces usted no está incluido en este acuerdo de clase o caso

### 2.4  ¿Cómo se decide quién está en la clase y quién no está en laclase?

ElTribunal, el Abogado de Clase y el Abogado de los Acusados han acordado que usaremos la lista de la cárcel de qué reclusos estaban en los Bloques de Vivienda A, B o C en 850 Bryant entre el 3 de enero de 2017 y el 30de septiembre de2018 y los registros de órdenes de trabajo de la cárcel que muestran

9

cuándo se produjeron los desbordamientos de aguas residuales.

### 2.5 ¿Puedo impugnar la determinación de si estoy en la Clase?

El Administrador de Reclamaciones en coordinación con el Abogado de clase es responsable de calcular qué reclusos son miembros de la clase y el monto del acuerdo adeudado a cada Miembro de la Clase. Los miembros de la clase fueron identificados revisando los registros de vivienda de la Oficina del Sheriff y comparándolos con los registros de las fechas, horarios y lugares de las inundaciones en la cárcel del condado 4.

Cualquier persona puede impugnar la determinación del Administrador de Reclamaciones en cuanto a si es un Miembro de la Clase proporcionando una notificación por escrito al Administrador de Reclamaciones por correo electrónico en SFJailsewageclassaction@gmail.com o a través del Correo electrónico de ee. UU. entregado al PO Box 5475 Berkeley, California, 94705 **por treinta días** a partir de la fecha de la distribución de primera **ronda.** El desafío debe incluir el nombre del recluso, la fecha de nacimiento, el número SF, y las fechas en que el individuo cree que estaba alojado en una celda en la cárcel 4 del condado que se vio afectada por una inundación de aguas residuales. A continuación, el Administrador de Reclamaciones revisará los registros de vivienda e inundaciones pertinentes proporcionados por la Cárcel para confirmar si el individuo es miembro de la clase. La evaluación del Administrador de reclamaciones en respuesta a una impugnación escrita es definitiva.

Si el Administrador de reclamaciones determina que fue excluido de la clase por error, los fondos que no se distribuyan durante la distribución de la primera ronda se mantendrán en un fondo de reserva utilizado para realizar un pago en primera ronda en su nombre.

### 2.6 ¿Puedo impugnar la cantidad que tengo derecho a recibir del acuerdo?

Una persona puede impugnar la determinación del Administrador de Reclamaciones con respecto a la cantidad a la que tiene derecho del Acuerdo. Si un Miembro de la Clase cree que su distribución en primera ronda es incorrecta, ya sea debido al número de días que experimentó un evento de inundación, o porque fue designado incorrectamente como miembro de la Sub-Clase equivocada, puede proporcionar una objeción por escrito al Administrador de Reclamaciones por correo electrónico en SFJailsewageclassaction@gmail.com o a través del Correo electrónico entregado al PO Box 5475 Berkeley, California, 94705 a más tardar [DEADLINE], 2021. La impugnación debe incluir su nombre, fecha de nacimiento, número SF, y las fechas en que el individuo cree que estaba alojado en una celda en la cárcel del condado 4 que se vio afectada por una inundación de aguas residuales, y la prueba de cualquier queja presentada. Acontinuación, el Administrador de reclamaciones revisará los registros pertinentes para confirmar si el individuo es miembro de la clase, y si es así, a qué sub-clase pertenece y el número de días que se vio afectado por las aguas residuales. La evaluación del Administrador de reclamaciones en respuesta a una impugnación escrita es definitiva y será enviada dentro dos (2) semanas de haber recibido la objeción.

## 3 LOS BENEFICIOS DELACUERDO--¿QUÉ OBTENDRÉ?

### 3.1 ¿Qué proporciona el Acuerdo en términos de dinero?

El acuerdo de Conciliación requiere que los Demandados paguen 2.1 millones de dólares,

10

que incluye todos los honorarios y costos del abogado, y que serán distribuidos según lo establecido en la Sección 1.3 de este Aviso.

Su pago individual del acuerdo dependerá de la subclase a la que pertenezca y del número de días que experimentó un evento de alcantarillado en la cárcel del condado 4.

Los miembros de la clase tendrán 270 días (9 meses) para los cheques en efectivo proporcionados durante la primera ronda de distribuciones. Si, después de 270 días, hay fondos no reclamados de la distribución de la primera ronda, los fondos no reclamados se distribuirán pro rata a los miembros de la Clase A Sub-Clase A y sub-Clase B en función de su número de días de exposición. Por ejemplo, si hubiera $10,000 en fondos no reclamados de la distribución de la primera ronda, y hubiera cinco miembros de la Subclase A que experimentaron cada uno dos eventos de inundaciones y diez miembros de la Clase B que experimentaron cada uno dos eventos de inundaciones, cada miembro de la Clase A y B recibiría $333.33 por cada día de inundaciones, por un total de $666.66 a cada Miembro de clase. No se deducirán honorarios o costos de abogados de la distribución de segunda ronda. Después de 270 días, cualquierdistribución ecológica no reclamadase asignará al receptor de cy pres, Servicios Legales para Presos con Niños,un Área de la Bahía sin fines de lucro

●

### 3.2   Restitución.

La Ley del Estado de California, Código Penal § 2805(a) requiere que la Ciudad y el Condado de San Francisco deduzcan la restitución de ciertos asentamientos. La Unidad de Servicios de Restitución de La Oficina de Derechos y Servicios de Víctimas y Sobrevivientes determinará si usted es dueño de alguna restitución que la Ciudad está obligada a pagar. Cualquier restitución que deba será deducida de su laudo de liquidación.

> ## Mis opciones
>
> 1. **NO HAGA NADA/COMPARTIR EN EL ACUERDO**: Sí no hace nada, se le enviará automáticamente un cheque si el Tribunal da su aprobación final del acuerdo.
> 2. **PIDE NO PARTICIPAR:** No recibirás dinero como parte de este acuerdo. Mantendrás tus derechos. Puede demandar a los Demandados por separado sobre las mismas reclamaciones legales contenidas en esta demanda.
> 3. **OBJETAR EL ACUERDO:** Para oponerse a la liquidación, debe escribir al Tribunal sobre por qué no le gusta el acuerdo.

Si se deduce cualquier monto de restitución de su cheque de liquidación, el Administrador de Reclamaciones le proporcionará un aviso del monto de la liquidación que se puso en su orden de restitución.

### 4   **¿CUÁLES SON MIS OPCIONES?**

### 4.1   ¿Qué pasa si no hago nada?

Si no hace nada, sus derechos se verán afectados. Se le enviará por correo un cheque y estará sujeto a los términos del Acuerdo. Usted aceptará una liberación de las reclamaciones contenidas en el Acuerdo de Conciliación.  Esa versión establece:

*"13. Los miembros de la clase,    POR BUENA Y VALIOSA CONSIDERACIÓN, por la cantidad de $ 2,100,000 (dos millones sobre cien mil 00/100 Dólares) (la "CANTIDAD DEL ACUERDO"), cuya suficiencia se admite y reconoce a los demandantes y colectivos, individualmente y en representación de sus herederos, socios domésticos, albaceas, administradores y cesionarios, si los hubiere (en lo sucesivo denominados individual y colectivamente como "LIBERADORES"), por la presente acuerdan liberar y despedir completa y para siempre a la Ciudad y el Condado de San Francisco, junto con sus electivos y / o juntas*

11

*de nombramiento, agentes, servidores, empleados, consultores, departamentos, comisionados y funcionarios (en adelante, individual y colectivamente como "SAN FRANCISCO"), de todos y cada uno de los reclamos, acciones, causas de acción, responsabilidades, daños, demandas, honorarios de abogados, gastos y costas (incluidos, entre otros, los costos judiciales) de cualquier tipo o naturaleza, ya sean conocidos o desconocidos, sospechosos o insospechados, que hayan existido o puedan haber han existido, o que existen, o que en lo sucesivo existirán o pueden existir, y que (1) se alegan o exponen o intentan exponerse en los alegatos archivados en que ciertas acciones consolidadas tituladas "Johnson et al. vs. Ciudad y Condado de San Francisco, et al. "siendo la Acción No. 18-cv-04890 JCS", Zayas et al. vs. Ciudad y Condado de San Francisco, et al. "siendo la Acción No. 18-cv-6155 JCS, y" Taylor contra la Ciudad y Condado de San Francisco, et al. ", Caso del USDC No. 18-cv-4857 JSC en los registros del Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California (en lo sucesivo denominado colectivamente la "ACCIÓN"), o (2) surgen de o están de alguna manera relacionados con cualquiera de las transacciones, sucesos o actos u omisiones establecidas o alegadas en cualquiera de los alegatos de la Acción (en lo sucesivo denominados colectivamente los "RECLAMOS"). LOS EXENCIÓNES manifiestan y garantizan que no han asignado o transferido, o acordado ceder o transferir, o intentar ceder o transferir, a cualquier tercero o entidad (incluyendo, entre otros, cualquier asegurador) cualquier interés en cualquiera de los RECLAMOS.     Los LIBERADORES acuerdan defender, indemnizar y mantener indemne a SAN FRANCISCO contra cualquier pérdida, gasto o responsabilidad, incluidos, entre otros, los honorarios razonables de abogados, que surjan de cualquier incumplimiento de lo anterior. Además, en el caso de que SAN FRANCISCO se entere de que los LIBERADORES han violado esta garantía, SAN FRANCISCO puede, a su exclusivo criterio, optar por rescindir esta Liberación completa y final, en cuyo caso los LIBERADORES remitirán inmediatamente a SAN FRANCISCO el MONTO DEL ACUERDO, más intereses devengándose sobre el mismo a razón del diez por ciento anual, compuesto mensualmente, a partir de la fecha de pago del mismo. Los LIBERADORES declaran y garantizan que (a) no hay gravámenes, incluidos, entre otros, reembolsos médicos, gravámenes de compensación por desempleo o discapacidad, pero excluyendo los requisitos de restitución existentes que puedan adjuntarse al MONTO DEL ACUERDO oa cualquier recuperación pagada a los LIBERADORES de conformidad con la ACCIÓN, o (b) en la medida en que existan tales gravámenes, los LIBERADORES pagarán y retirarán todos los gravámenes de la CANTIDAD DEL ACUERDO. Los LIBERADORES acuerdan defender, indemnizar y mantener indemne a SAN FRANCISCO contra cualquier y todos los reclamos de cualquier persona o entidad que pretenda tener cualquier derecho de retención, interés u otro reclamo, ya sea por atención médica, compensación por desempleo y / o discapacidad, honorarios de abogados o de lo contrario, que involucren a los LIBERADORES y que surjan en relación con cualquiera de los RECLAMOS. Al llegar a un acuerdo de los RECLAMOS que resultó en la ejecución de esta LIBERACIÓN, los EXENCIÓN y SAN FRANCISCO han considerado y buscado proteger los intereses de los Centros de Servicios de Medicare y Medicaid ("CMS"), la agencia federal que administra Medicare. Los LIBERADORES acuerdan que la atención médica recibida por cualquier lesión física reclamada por los demandantes en este caso fue proporcionada por el Sistema Médico de la Cárcel de la Ciudad y el Condado de San Francisco a cargo de la Ciudad y, por lo tanto, no está sujeta a los procedimientos de reembolso de Medicare. Los CONSEJEROS y los abogados de los LIBERADORES acuerdan defender, indemnizar y eximir de responsabilidad a SAN FRANCISCO contra todas y cada una de las reclamaciones que surjan de o estén relacionadas con los términos de este párrafo, incluidas, entre otras, las reclamaciones de CMS. Los LIBERADORES y el CONSEJERO PARA LOS LIBERADORES acuerdan además indemnizar y mantener indemne para siempre a SAN FRANCISCO y sus abogados de cualquier pérdida, responsabilidad o reclamo de cualquier tipo,*

12

*pasado o presente, o reclamos por atención futura, que surjan de la ACCIÓN y ocasionados por cualquier gravamen, derechos u obligaciones de cualquier carácter, incluidos, entre otros, los creados por los estatutos federales o estatales, para gravámenes que surjan bajo Medicare. Los LIBERADORES certifican que han leído la Sección 1542 del Código Civil de California, que establece:*

*UNA LIBERACIÓN GENERAL NO SE EXTIENDE A RECLAMACIONES DE QUE EL ACREEDOR O LA PARTE EXENCIONADORA NO SABE O SOSPECHA QUE EXISTE EN SU FAVOR O EN EL MOMENTO DE EJECUTAR LA LIBERACIÓN Y QUE, DE SER CONOCIDO POR ÉL O ELLA, HABRÍA AFECTADO MATERIALMENTE A ÉL O ELLA ACUERDO CON EL DEUDOR O LIBERADO.*

*Las partes acuerdan que tras la aprobación final del Acuerdo de conciliación por parte del Tribunal, los LIBERADORES renuncian a la aplicación de la Sección 1542 del Código Civil. Los LIBERADORES entienden y reconocen que, como consecuencia de esta renuncia a la Sección 1542, incluso si los Miembros de la Clase eventualmente sufren pérdidas, daños o lesiones adicionales o adicionales que surjan de o estén relacionados de alguna manera con cualquiera de los eventos que dieron lugar a las reclamaciones. en cuestión en este litigio, o en cualquiera de ellos, los Miembros del grupo no podrán hacer más reclamos contra los Demandados para recuperar dicha pérdida, daños o lesiones. Los LIBERADORES reconocen que tienen la intención de estas consecuencias incluso en lo que respecta a las reclamaciones por lesiones personales o daños a la propiedad que puedan existir a la fecha del Acuerdo de conciliación, pero que los Representantes del grupo no saben que existen y que, si se conocen, afectarían materialmente la decisión de los Representantes del grupo. para ejecutar el Acuerdo de conciliación, independientemente de si la falta de conocimiento de los Representantes del grupo es el resultado de ignorancia, descuido, error, negligencia o cualquier otra causa.*

*Los LIBERADORES reconocen que, al ejecutar el Acuerdo de conciliación, están actuando según su propio juicio independiente informado por sus asesores legales. Los LIBERADORES reconocen haber leído el Acuerdo de conciliación y han tenido la oportunidad de ser informados por los Abogados del grupo en cuanto a su significado y efecto. Los LIBERADORES reconocen y garantizan que su ejecución del Acuerdo de conciliación es gratuita y voluntaria. Los LIBERADORES declaran y garantizan además que, en el momento en que firmaron el Acuerdo de conciliación, no se encontraban en el período del primer confinamiento físico, ya sea como paciente interno o ambulatorio, en una clínica o centro de salud (como se define en las Secciones 1203 y 1250 de la Código de Salud y Seguridad) como resultado de la lesión que supuestamente dio lugar a cualquiera de las reclamaciones en cuestión en este litigio y que, como resultado, la sección 6152 (b) del Código de Negocios y Profesiones no se puede utilizar para invalidar el Acuerdo de conciliación.*

### 4.2 ¿Cómo saldré del Acuerdo?

Para excluirse del acuerdo, envíe el "FORMULARIODE SOLICITUD OPT OUT(EXCLUSION) " que forma parte de este aviso Asegúrese de incluir su nombre y dirección y de firmar la carta (las firmas electrónicas y Docusign no son válidas).

==El formulario de exclusión se puede encontrar en la página 9 de este folleto y también está disponible en:==

**SFJailsewageclassction@gmail.com**

Debe enviar por correo su solicitud de exclusión matasellos por ==XXXXX xx, 202==1, a:

> ==**850 Bryant Sewage Class Action**==
> ==**Administrador de reclamaciones**==
> **Po Box 5475**
> **Berkeley, CA 94705**

### 4.3 ¿Tengo un abogado en el caso?

Sí. La Corte ha nombrado a Yolanda Huang, Stanley Goff y Fulvio Cajina para representar a todos los miembros de la clase como "Consejero de Clase". Yolanda Huang ha sido nombrada consejera principal de la

clase. No se le cobrará por ponerse en contacto con ella. Puede comunicarse con la abogada Yolanda Huang con preguntas en:

**SFJailsewageclassction@gmail.com**

**o**

**1-855-279-9150.**

### 4.4 ¿Qué debo hacer para obtener los beneficios del Acuerdo?

Si se determina que es miembro de la clase, recibirá un cheque a la misma dirección donde recibió este aviso y no necesita hacer nada.

Si desea enviar el pago directo por correo a otro lugar que no sea el lugar donde se envió este aviso por correo, debe rellenar y devolver el formulario titulado "INSTRUCCIONES ESPECIALES DE MANEJO PARA SU CHEQUE", que forma parte de este aviso. La fecha límite para devolver este formulario es [Fecha límite]

### 4.5 ¿Cómo le digo a la Corte si no me gusta el Acuerdo de Demanda Colectiva?

Si no se opta por no participar en el Acuerdo de demanda colectiva, puede seguir objetando. El Tribunal considerará sus puntos de vista cuando decida si aprueba o no el acuerdo. Entender que el Tribunal sólo puede aprobar o rechazar el acuerdo. Si la Corte niega la aprobación, no se enviarán pagos de liquidación y la demanda continuará. No puede pedir al Tribunal de Justicia que ordene un acuerdo diferente.

- Cualquier objeción al acuerdo propuesto debe ser por escrito. Si presenta una objeción por escrito oportuna, puede, pero no está obligado a hacerlo, comparecer en la Audiencia Final de Aprobación, ya sea en persona o a través de su propio abogado. Si usted aparece a través de su propio abogado, usted es responsable de contratar y pagar a ese abogado. Todas las objeciones escritas y documentos justificativos deben (a) identificar claramente el nombre y el número del caso: *Zayas, et al. v. Departamento del Sheriff de San Francisco, et al.*, Caso Número 3:18 CV-06155 JCS), (b) ser presentados a la Corte ya sea enviándolos por correo a:

**El Secretario de Demanda Colectiva,
Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California,
450 Golden Gate Avenue, piso 16
San Francisco, CA 94102.**

- Debe presentar o enviar por correo su objeción antes de [la FECHA LÍMITE](si se envía por correo, su objeción debe estar marcada por correo antes de esta fecha):

Además, si desea hablar en la audiencia final de aprobación (la "Audiencia de Equidad"), debe enviar una carta indicando que es su "Aviso de Intención de Comparecer en la Audiencia de Equidad en *Zayas, et al. v. Departamento del Sheriff de San Francisco, et al.*, Caso No:3:18 LB-CV-06155 JCS." Asegúrese de incluir su nombre, dirección, número de teléfono y su firma.

Su "Aviso de intención de comparecer" debe estar matasellos a más tardar XXXXX xx, 2021, y ser enviado al Secretario del Tribunal **y** al Administrador de Reclamaciones (dirección en la primera página de este aviso).

### 4.6 ¿Tengo que ir a la corte?

No. El Tribunal celebrará una Audiencia de imparcialidad el XXXXX xx de 2021 para decidir si aprueba el acuerdo. Puede asistir y puede pedir hablar, pero no es obligatorio.

Si envía por correo o presenta una objeción, no es necesario que vaya al Tribunal para hablar sobre ello. Siempre que envíe su objeción por escrito a tiempo, el Tribunal la considerará. También puede pagar para que asista su propio abogado.

## 5 OBTENER MÁS INFORMACIÓN

Tiene varias opciones para obtener más información.

Visite el sitio web: www.SFJailsewageclassction.com donde encontrará el Acuerdo Propuesto y otros documentos relevantes sobre el caso.

14

También puede comunicarse con la consejera principal, Yolanda Huang, por teléfono(855-279-9150) o por correo electrónico (SFJailsewageclassction@gmail.com). Todos los documentos presentados en este caso también están disponibles **por una** tarifa **en el sitio web de** la corte, www.pacer.gov.

> **NO SE PONGA EN CONTACTO LA CIUDAD Y EL CONDADO DE SAN FRANCISCO o EL DEPARTAMENTO DEL SHERIFF DE SAN FRANCISCO**

**ESAS AGENCIAS NO TIENEN NADA QUE VER CON EL ACUERDO, NO PUEDEN ACEPTAR FORMULARIOS DE RECLAMO Y NO PUEDEN RESPONDER PREGUNTAS SOBRE LA DEMANDA O EL ACUERDO.**

### FECHA FINAL DE AUDIENCIA SUJETA A CAMBIOS

La audiencia final puede cambiarse sin previo aviso. Compruebe PACER o consulte con el abogado de la clase si tiene la intención de comparecer en la Audiencia Final.

# FORMULARIO DE SOLICITUD DE EXCLUSIÓN (EXCLUSIÓN)

*Zayas, et al v. Departamento del Sheriff de San Francisco, et al.*
Tribunal de Distrito de ee.UU. para el Distrito Norte de California, Caso No. 18-cv-06155 JS

Solo rellene y devuelva este formulario si desea excluirse de este caso (opte por no participar). Si desea darse de baja de la clase, debe rellenar este formulario solicitud de exclusión y devolverlo por correo, con una firma original, con matasellos a más tardar **[mes, fecha, 2021]**, a:

**850 Bryant Sewage Class Action**
**Administrador de reclamaciones**
**Po Box 5475**
**Berkeley, CA 94705**

Por favor, imprima legiblemente:

Name_____Date_____, 20 2_

Address_____ de la calle

Ciudad _____ Estado _____ Zip Code_____

Phone_____ Email_____

Por la presente certifico que me creo miembro de la clase.

Además, quiero excluirme de esta demanda.  Entiendo que no recibiré un cheque como parte de este acuerdo como resultado de mi decisión de excluirme.

Firma del miembro de clase _____

Firme este formulario con un bolígrafo y envíe el original. Las firmas electrónicas y Docusign no son válidas.

## FECHA LÍMITE DE MATASELLOS:

[mes, fecha, 2021]

16

# INSTRUCCIONES ESPECIALES DE MANEJO PARA SU CHEQUE

*Zayas, et al v. Departamento del Sheriff de San Francisco, et al.*

Tribunal de Distrito de ee.UU. para el Distrito Norte de California, Caso No. 18-cv-06155 JS

Si desea que su cheque se entregue a otra persona, o a una dirección diferente a donde recibió este aviso, rellene este formulario y devuélvelo por cualquiera de los siguientes métodos:

- Correo: PO Box 5475, Berkeley, CA 94705
- Fax: (510) 580-9410 r
- Correo electrónico: SFJailsewageclassction@gmail.com

## LAS INSTRUCCIONES DE MANEJO ESPECIALES COMPLETADAS, EJECUTADAS BAJO PENALIZACIÓN DE PERJURIO, DEBEN PRESENTARSE ANTES DE LA **FECHA LÍMITE**:_____ 2021

PRIMERA Name_____ ÚLTIMA Name_____

Fecha de nacimiento _____

Dirección: _____

City_____ State_____ código postal _____

Correo electrónico: _____

Teléfono: Daytime_____ Evening_____

Instrucciones especiales: _____

---

Declaro bajo pena de perjurio bajo las leyes del Estado de California y los Estados Unidos que fui encarcelado en el 850 de Bryant Street, en housing blocks A, B o C, en el período enero 2017 hasta el 30de septiembrede 2018, y sufrí los efectos de las inundaciones de aguas residuales. Las declaraciones anteriores son verdaderas y correctas.

Iniciado sesión en City_____, State_____

en (fecha)_____ , 202__       Firma: _____

Firme este formulario con un **bolígrafo** y envíe el original.
Las firmas electrónicas y Docusign no son válidas.

17

NOTIFICACIÓN DE CANTIDAD APROXIMADA SEGÚN EL ACUERDO

MIEMBRO DE LA CLASE

DIRECCION

ESTIMADO MIEMBRO DE LA CLASE:

Los montos del acuerdo a los que se hace referencia en el Aviso adjunto se determinaron calculando los días que usted estuvo en una celda en la Cárcel del Condado de San Francisco 4 - CJ4- (ubicada en 850 Bryant), entre el 3 de enero de 2017 hasta el 30 de septiembre de 2018, mientras las celdas tuvieron desbordamientos directos e indirectos de aguas negras. También consideramos si usted presentó una queja formal sobre el desbordamiento. El abogado del demandante determinó estos cálculos al revisar los registros escritos de la cárcel sobre viviendas y desbordes.

Después de deducir los honorarios y costos delabogados, el monto aproximado por sus daños es:

$_____

Esta cantidad es aproximada y puede estar sujeta a cambios. Además, esta cantidad no incluye distribuciones por cualquier restitución que pueda adeudar de conformidad con la sección 2085.8 (a) del Código Penal de California.

Si cree que el Administrador de reclamaciones calculó incorrectamente esta cantidad, puede enviar una objeción por escrito al Administrador de reclamaciones a través de:

a) correo electrónico a "SFJailsewageclassaction@gmail.com"; o,

b) Correo de EE. UU. a PO Box 5475 Berkeley, California, 94705

a más tardar el [Fecha límite], 2021. Por favor incluya su nombre, fecha de nacimiento, número de SF y las fechas en las que cree que estuvo alojado en una celda en la Cárcel del Condado 4 que fue afectada por una inundación de aguas negras, y prueba de cualquier reclamo presentado.

Atentamente,

GreenfireLaw

Claims Administrator