UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN JOHNSON, MATHEW RABBITT, TRAVIS ROSETTE, et al,<br><br>  Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO SHERIFF VICKI HENNESSY; UNDER SHERIFF MATHEW FREEMAN; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JACKSON; SERGEANT DOLLY and DOES 1-25,<br><br>  Defendants. | CASE NO.: 3:18 -CV-06155 – ZAYAS<br><br>Related Case No.  3:18-cv-04890-JCS (Johnson)<br>               3:18-cv-04857 JCS (Taylor)<br><br>**DECLARATION OF RACHEL S. DOUGHTY**<br><br>Hon. Joseph  Spero, Presiding |
| CANDIDO ZAYAS, RUBEN SOTO, ALFREDO RUIZ, JOSE POOT, MILTON LECLAIRE, NIGEL HENRY, ROBERT DOMINGUEZ, and MATTHEW BRUGMAN on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>  Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; UNDER SHERIFF MATHEW FREEAN; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, SARGEANT DOLLY and John & Jane DOEs, Nos. 1 - 50,<br><br>  Defendants. | |
| DIONN NOVELL TAYLOR,<br><br>  Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO COUNTY JAIL, S.F. UNDERSHERIFF VICKI HENNESSY, S.F. SHERIFFS CAPTAIN JACKSON, S.F. | |

| SHERIFFS SERGEANT MILLER, S.F. SHERIFFS SERGEANT DOLLY, |
|---|
| Defendants. |

I, Rachel S. Doughty, declare as follows:

1. I am an attorney licensed to practice in California. It is based upon my own personal knowledge. If called as a witness, I could and would testify competently to the following facts.

2. Class Counsel Yolanda Huang requested that Greenfire Law, PC, submit a bid to administer the claims for the *Zayas, et al. v. San Francisco Sheriff's Department*, which we did.

3. Subsequent to our bid submittal, the court has provided further specificity as to how claims are to be administered and the *Zayas* case has been consolidated with another case, *Johnson v. City and County of San Francisco*, 3:18-cv-04890, adding another 138 class members to the 2,591 *Zayas* class members (collectively, "Class Members").

4. I understand the total award to be $2,100,000, of which $700,000 will be directed to attorney fees and costs. The fees and costs for administration of the class is to come out of the remainder before any portion of the award is distributed to the Class Members.

5. My firm's bid for the fees and costs of administration is $145,000.

**Locating Class Members**

6. My office maintains a spreadsheet that lists every Class Member and the best known address for each as well as past-associated addresses ("Master Spreadsheet").

7. The source of contact information for Class Members originally was a list generated by the San Francisco Sheriff's Department of the last known address of each Class Member, as well as communications received by Class Counsel over the last two years from some of the class members by phone, mail, and direct communication. Class

Counsel Huang provides my office with these routinely and they are added to the Master Spreadsheet.

8.     Additionally, Greenfire Law, at Class Counsel Huang's request, mailed a postcard describing this settlement in general terms to the last known address of all class members. A true and correct copy of one of these postcards, unaddressed, is attached hereto as **Exhibit A**. Our primary purpose in sending these cards was to test our initially-compiled address list—the addresses received from the Sheriff and Class Counsel. The postcards were sent with address service requested, which means that the U.S. Postal Service notifies our office if the cards are forwarded, and to what address, or if they are not delivered and for what reason (e.g., no such address or address exists but addressee does not live there and has not provided a forwarding address).

9.     We mailed 2,300 postcards, and 250 letters on July 30, 2020. Letters were required for incarcerated individuals, who cannot receive postcards. We did not have complete addresses for 41 class members at mailing time, and 382 of the mailed cards were returned as undeliverable.

10.    Where we were unable to locate class members using the addresses provided by the San Francisco Jail, either because the cards were returned or because the address was incomplete, Greenfire Law hired a licensed private investigator, Waterfront Intelligence, to search private, subscription databases only available to law enforcement and licensed security professionals to assist in locating class members.

11.    We sent a second round of postcards to the new addresses identified through the U.S. Postal Service's address service and the work of the private investigator. On September 23, 2020, we mailed 131 postcards, some to multiple addresses for the same individual, in an attempt to locate these individuals, which allowed us to narrow further the pool of claimants for which we have no valid address.

12.    Greenfire Law and Class Counsel Huang also set up a 24-hour live answering service, Map Communications ("MAP"), which is still operative to answer basic questions,

direct callers to the Class Website, and update addresses. Greenfire Law assisted in preparing the scripts to respond to callers to that line. The number for that service is 1-855-279-9150, which is a toll-free number. Counsel's local phone 510-696-0635, which was included on the postcards, also forwards to the toll-free call service. Spanish-speaking operators are available immediately upon call in to the toll-free service. A true and correct copy of the script presently used by MAP is attached hereto as **Exhibit B**.

13.  The case has a dedicated email address: SFJailsewageclassaction@gmail.com , which is at present monitored by Class Counsel Yolanda Huang.

14.  In order to reach additional class members Class Counsel Huang set up a website (www.sanfranciscosewagelawsuit.com) (the "Class Website") which contains contact information and requests that class members update their addresses with plaintiffs' counsel. A Spanish-language translation is underway and will be posted and kept up to date.

15.  As of today, we believe we believe we have working addresses for 2,016 of the Class Members. We have been unable to date to obtain working addresses for 585 Class Members.

16.  Greenfire Law intends to continue to improve the accuracy of the contact information for Class Members by:

    16.1.  Updating the address list as information is received from Class Counsel,

    16.2.  Continuing to use the Postal Services return service to update addresses with each mailing,

    16.3.  Setting up a Facebook page ("Class Facebook Page") and using Facebook's targeted ads to reach likely class members,

    16.4.  Translating the Class Website into Spanish, and

    16.5.  Continued and expanded operation of the toll-free number.

    16.6.  We have hired a web site designer to add search optimization to the website.

16.7.   Engaging the assistance of the private investigator to locate claimants for whom an amount of at least $500 is owed.

**Calculation and Relative Allocation of Settlement Funds**

17.   My office will depend upon information from Class Counsel regarding the class and number of exposures to sewage for purposes of damage calculations. I understand that the calculation of damages in the aggregate is as follows:

17.1.   2,187 "Class A Units," each with a gross Individual Entitlement of $510,

17.2.   6,936 "Class B Units," each with a gross Individual Entitlement of $130, and

17.3.   16,100 "Class C Units," each with a gross Individual Entitlement of $5.15.

18.   A Class A Unit is a single day direct exposure to sewage for which the individual filed a formal grievance. A Class B Unit is a single day direct exposure to sewage for which no formal grievance was made. A Class C Unit is a single day indirect exposure to sewage for which no grievance was made.

19.   Each Class A Unit and Class B Unit is assessed attorney fees and administrative costs (the $145,000 for administering the settlement); no attorney fees and costs will be assessed Class C Units. Class A and Class B each are responsible in the aggregate for one half of the attorneys fees and one half of the administration costs. The share allocation for each Class A Unit of attorney fees is $160.04, and for each Class B Unit is $50.46. The administration costs for each Class A Unit is $33.15, and for each Class B unit is $10.45. Therefore, the _net_ Individual Entitlement for each unit is:

19.1.   Class A: $316.81,

19.2.   Class B: $69.09, and

19.3.   Class C: $5.15.

20.   I understand that I will be provided up-to-date restitution obligations for each Class Member from Defense Counsel, identified by name and inmate number. The amount

of restitution owed by each Class Member, if any, will be subtracted from the Individual Entitlement. An accounting in the form of a spreadsheet will be sent to Defense Counsel, along with a check in the amount of the total, aggregate amount due, made out to the Office of Victim and Survivor Rights and Services.

21. Class Members will receive a check for the net of their net Individual Entitlement (amount owed after reduction to cover attorney fees and administration costs) less the funds applied to restitution.

22. An accounting will be provided to each Class Member along with the notice showing (a) the gross amount of funds awarded that Class Member, (b) the funds applied from that Class Member's gross award for attorney fees and costs, (c) their net Individual Entitlement, (d) the portion of their net Individual Entitlement directed to their restitution obligation, and (e) the total check amount.

23. A compiled accounting of the same information provided each Class Member will be provided to Defense Counsel so that the defendants can comply with any tax reporting obligations and provide the Office of Victim and Survivor Rights and Services information regarding restitution funds. Greenfire Law will not make any determinations regarding tax reporting obligations nor will it offer any advice to anyone regarding tax obligations.

**Disseminating Information & Funds to Class Members**

24. Greenfire Law maintain channels of communication and information as follows:

    24.1. Maintain a physical mailing address: Greenfire Law, PC, 2001 Addison Street, Suite 300, Berkeley, CA 94704,

    24.2. Maintain email account SFJailsewageclassaction@gmail.com, which Greenfire Law will take over from Class Counsel Huang,

    24.3. Maintain and expand the use of MAP by updating the script as appropriate to provide accurate information regarding the administration of the settlement funds and to respond to Class Member questions regarding the amount

provided with their notice. It is our intention to provide MAP with a spreadsheet containing (A) the gross award amounts of each Class Member, (B) the amount of fees and administrative costs subtracted from their award, (C) the amount of their award applied to restitution obligations, and (D) the net award. The spreadsheet and accompanying script should allow for MAP to respond to most questions or concerns Class Members may have regarding their anticipated recovery amount. MAP will also be able to explain to class members that the amount listed as restitution was provided by the Sheriff Department if class members should have questions regarding that aspect of the accounting.

24.4. Promptly post information provided by the Class Counsel on the Class Website in both English and Spanish, and

24.5. Keeping the Class Facebook Page up to date as to the administration of the settlement funds.

25. Greenfire law will print, and send by U.S. First Class Mail the Notice and Claim Form, in both Spanish and English, prepared by Class Counsel and approved by this Court. The Notice and Claims Forms will be resent where appropriate (e.g., where mailing returned but a forwarding address is provided).

26. Greenfire Law will collect and receive communications from Class Members regarding any special handling requests for checks, as well as collect written requests for exclusion by members.

27. Greenfire Law will contact any members of the Putative Rule 23 Settlement Class who timely and properly submit both a written request for exclusion, and objections to the proposed settlement, to inform such individuals that they cannot both request exclusion from the Settlement and object to the settlement and ask such individuals which option they wish to pursue.

28. Not later than ten days prior to the date of the Fairness Hearing, Greenfire Law will file with the Court a list of those persons who have opted out or excluded themselves from the Settlement.

29. After the Fairness Hearing, by a date set by this Court, Greenfire Law will mail to each Class Member the Settlement Payment checks, accompanied again with the accounting described in paragraph 22. All checks will be sent by U.S. Mail. Greenfire Law will use a check processing company, appropriately bonded, to mail the checks.

30. Greenfire Law will void and place stop-payments on Settlement Payment checks that are not negotiated within the number of calendar days as specified by the Court after being mailed to a Class Member, or that are reported as potentially stolen or lost by a Class Member.

31. Within 250 days after mailing the Individual Settlement checks, Greenfire Law will prepare and send to Defense Counsel and Class Counsel an accounting of the settlement distribution that identifies any checks issued but not cashed. This same information can be provided at the beginning of the tax year, upon request by Defense Counsel, to facilitate any tax compliance by defendants.

32. After 270 days, Greenfire Law will stop payment on any and all uncashed Individual Settlement checks.

33. Greenfire Law will report to Class Counsel the amount of unclaimed funds, and remaining funds shall calculate and propose a distribution pro rata by unit (no weighting by class) to members of Sub-Class A and Sub-class B, as the Second Distribution.

34. Upon Class Counsel approval, the Second Distribution shall be sent, again by U.S. Mail, and containing any notices provided by Class Counsel or this Court.

35. After 270 days, Greenfire Law will stop payment on any and all uncashed checks from the Second Distribution and any and all remaining funds shall be distributed as Cy Pres funds to Legal Services for Prisoners with Children, or if that is not available, to another appropriate organization as directed by Class Counsel and this court.

**Reporting and Communication with Class Counsel**

36.     Greenfire Law will regularly report to Class Counsel, in written form, the substance of the work it performs in this matter. This shall include informing Class Counsel of the dates Greenfire Law mails the Notice to Class Members, the number of claim forms, objections or exclusion requests received, and when funds are distributed from the Class IOLTA Account.

37.     Greenfire Law will notify Class Counsel, within 100 days of the mailing of the Notice of Settlement, a declaration from an appropriate agent or agents working for it, stating under penalty of perjury (a) the names and addresses of all individuals to whom the Settlement Administrator mailed the Notice of Settlement; (b) the Settlement Class(es) of which that person was a member; and (c) the identity of all individuals who validly and timely requested exclusion from the settlement.

38.     Greenfire Law will maintain records of all activities associated with its settlement administration duties, including (i) records reflecting the dates of all mailings to members of the Settlement Classes; (ii) records reflecting the dates of all materials and inquiries received in connection with the proposed settlement (whether by U S. Mail, e-mail, or telephone); (iii) a digital copy of the original mailing envelope for any returned Notice of Settlement, any written requests for exclusion, or any other correspondence received from Class Members; (iv) a digital scan of any U.S. mail, text or email communications with any Class Members or purported Class Members. At the close of Greenfire Law's duties, Greenfire Law will provide these retained records to Class Counsel.

39.     Greenfire Law acknowledges that counsel for all parties to this matter have the right to review and approve any documents to be mailed by the Claims Administrator in connection with the proposed settlement prior to their mailing or distribution, and Greenfire Law will not mail or provide any such documents without first receiving written approval

from the Lead Counsel for the Plaintiffs or direction from the Court to send such documents.

**Privacy**

40.     Greenfire Law will take reasonable steps to protect from disclosure any and all personal information concerning Class Members provided to Greenfire Law as part of its duties in this matter. This includes maintaining reasonable administrative, physical, and technical controls in order to avoid public disclosure of any such information and to protect the confidentiality, security, integrity, and availability of such personal data.

**Management of Funds**

41.     Greenfire Law will set up a dedicated IOLTA trust account for this matter only (the "Class IOLTA Account). Greenfire Law's bookkeeper will keep track of the bookkeeping for this account, using the assistance of Greenfire Law's IT consultant to perform mass functions efficiently (e.g., importing data to Quickbooks for mass mailing of checks).

42.     Greenfire Law will use a bonded check writing and mailing service to send funds to Class Members.

**Staffing**

43.     Greenfire will assign an experienced paralegal and a junior attorney already familiar with this class administration to this matter. I will supervise this work.

44.     We will use the firm's regular bookkeeping service, Sankovich Solutions (https://sankovichsolutions.com/) to assist with managing the trust account under my supervision.

45.     Greenfire Law will contract with a programming assistant to manage the trust accounting and check writing. The actual check writing will be outsourced and is expected to cost between $0.80 and $1.20 per unit, including postage, depending upon whether there are any inserts with the check (we expect there will be to show restitution accounting at least).

46.     As described above, Greenfire Law is using a bi-lingual operator service and script to relay some information to Class Members efficiently.

47.     I will manage this class administration. I received my law degree from the University of Virginia in 2004. Prior to attending law school, I was a fellow at the United States Environmental Protection Agency and performed research at Vanderbilt University. I am admitted to practice in North Carolina (now inactive) as well as California and the federal district courts of the Eastern, Central, and Northern Districts of California, the District D.C., and the Western District of North Carolina, as well as the Fourth and Ninth Circuit Courts of Appeal. I have experience in all stages of litigation, including client consultation, investigation, discovery, settlement negotiations, and trial. For over two years—from 2007 until 2010--I worked at Paul, Hastings, Janofsky, and Walker, LLP. I founded the law firm Greenfire Law in 2011 and have at all times been manager of the firm. Greenfire Law handles primarily public interest clients in matters of public records access, public lands management, animal law, water quality, land use, and toxics. A true and correct copy of my CV is attached as Exhibit D.

**Bid**

48.     Greenfire Law has agreed to provide the class administrative services described above for a total of $145,000.  The estimate for the present case is mindful of the size, particularities and needs of the class and class members. This proposal includes a sufficient funds to address unexpected overages. With the additional tasks added to the administration of the settlement, including the management of challenges by class members of their individual anticipated recovery, we have attempted to address the added uncertainties associated with the costs of such an expansion. We have attempted to be realistic in the additional amount required for administration while also noting that any overage will be returned to class members.

49.     We are estimating that claims administration will be approximately eighteen months from the date of the Order for Preliminary approval. If time and costs are

anticipated to be less than $145,000 at the time of the Second Distribution, Greenfire Law will refund the anticipated overage into the Remainder Account for distribution. If administration funds have not all been spent after the close of the Second Distribution, the remainder will be contributed to the Cy Pres funds to be distributed to Legal Services for Prisoners with Children (or other appropriate charity, if that organization is unavailable). The budget includes: data entry, IT, web design, and social media set-up and monitoring, printing, graphic design, answering service with live receptionist, postage, printing of settlement notice, translation, advertisement, checks preparation, printing, mailing and handling, postage. Time is also budgeted for responding to class member inquiries, otherwise implementing and/or assisting with the dissemination of the notice of the Class Action Settlement, and finally, reporting status updates on class administration to the Court.

I declare under penalty of perjury, under 28 U.S.C., § 1746, that the foregoing is true and correct.

Executed this 21st day of May 2021, in Berkeley, California.

By: /s/ Rachel Doughty
Rachel S. Doughty, Esq.

# Exhibit A

**850 BRYANT SEWAGE CLASS ACTION LAWSUIT**

Dear _____,

Our records indicate that you may be a class member in the case *Candido Zayas et al. v. San Francisco County Sheriff's Department et al.* (No. 5:20-CV-06063-DGK) and entitled to financial compensation. The case is currently pending and the federal court still must approve the proposed settlement. You can find up to date information about the case at:

www.sanfranciscosewagelawsuit.com

The final amount you may be eligible for depends upon records produced in the case, and must be approved by the court based on that evidence. We hope that funds can be distributed before the end of the year.

All official notices and compensation checks have to be mailed. Please notify us if you have any change of address so that you will receive all notices and payments. You may also contact Ms. Huang if you have questions regarding the lawsuit that are not addressed on the website.

Law Offices of Yolanda Huang
P.O. Box 5475
Berkeley, CA 94705
510-696-0635
sanfranciscosewagelawsuit@gmail.com

Law Offices of Yolanda Huang
P.O. Box 5475
Berkeley, CA 94705

**ADDRESS SERVICE REQUESTED**

# 850 BRYANT SEWAGE CLASS ACTION LAWSUIT NOTICE

**PLEASE CONTACT US AT:**
**510-696-0635**
**sanfranciscosewagelawsuit@gmail.com**
**www.sanfranciscosewagelawsuit.com**

# Exhibit B



GREENFIRE LAW PC

Activate ANI Tagging

**CAPS ON TAGS**

MAPCommunications

**ANSWER PHRASE: (AUTOMATED CALL)** Thank you for calling **law offices,** how may I help you?

**Receptionist: ACCEPT ALL COLLECT CALLS**

**(*Receptionist: Is this an automated call?) Accept all collect calls**

**YES**

**NO**

Are you currently in custody?

**YES - IN CUSTODY**

**NO - NOT IN CUSTODY**

**ALL OTHER CALLS**

Are you calling regarding the Sewage Class Action Law Suit?

**YES**

**NO**

**ALL OTHER CALLS**

What is your call regarding? *****

**NEEDS LEGAL ADVICE**

**SPEAK TO LAWYER**

**CALLING ABOUT POSTCARD**

**CLASS MEMBER VERIFICATION**

**SEWAGE CLASS ACTION LAWSUIT**

**FAQs**

What is your call regarding?

**NEW CASE/PERSONAL CASE**

**CALLING FROM SANTA RITA JAIL**

**CALLS ABOUT COVID-19**

**ALL OTHER CALLS**

**(FAQ)**

Let me see if I can answer your question.

**Q: I got a postcard in the mail. What is this for?**

**A:** There was a class action lawsuit filed against the San Francisco Jail, located at 850 Bryant Street in San Francisco, alleging that inmates were exposed to raw sewage. The lawsuit has been settled and is now awaiting court approval. We are trying to verify every class members' address, so that when thereis final approval of the settlement, we have the correct address to mail the notice and check to.

**Q: How much money will I get?**

**A:** I am with their answering service, I do not work for the law firm or the court, so I'm not sure. I am required to ensure that we have the corret mailing address and contact information for each potential claimant.

**Q: How do I get the money?**

**A:** After final court approval, checks will be mailed. To get the process started, we will need your full name and address.

**Q: When will I get the money?**

**A:** We hope to send checks before the end of the year.

**Q: Am I going to get money?**

**A:** I am with their answering service, I do not work for the law firm or the court, so I'm not sure. I am required to ensure that we have the corret mailing address and contact information for each potential claimant.

**Q: How will I know if I am on the list?**

**A:** After the first court hearing approving the settlement, there will be a notice sent out to all class members. We expect that to be mailed in early September. If you are a class member, this notice will be sent to the address you provide us. Please read this notice carefully when received. If you accept the settlement, you do no have to do anything. After final approval, a check will be mailed to you at the address we have on file. If you objet to the settlement, then you will need to take the actions outlined on the notice. After the second and final court hearing, the court will review all final objections. If the court issues final approval, the Claims Administrator will issue checks to the names and addresses we have on file. So please be sure to let us know if you move or change your mailing address.

**Q: Can you mail the check to a family member or friend?**

**A:** Yes, we can do that. We can mail the information and check to whoever you direct us to. After the first court hearing approving the settlement, there will be a notice sent out to all class members. We expect that to be mailed in early September. there will be a form that you can give us instructions on where to mail your check to. Please fill it out and send it in. The check will still be in your name, however, we can mail it to whatever address you choose.

**Have I answered your questions?**

**YES - FAQ ANSWERED**

**NO - REQUIRES FURTHER ASSISTANCE**

## TAG: FAQ ANSWERED

Please allow me to gather your information to notate for the lawyer.

May I have your full name please? Including any middle initial.

Caller's Full Name ........................................

Phone # ........................................

Mailing Street Address ........................................

ZIP ...... City (auto) ...... State (auto) .........

Date of Birth ........................................

Do you have a San Francisco Jail number? **YES - HAS SF JAIL #| NO - NO SF JAIL #**

**(If YES)**

SF Jail # ........................................

Thank you for this information. A lawyer will return your call to discuss.

**COGNISENT APP** to Adria Cell Phone 323-626-1870

**EMAIL** sanfranciscosewagelawsuit@gmail.com

## TAG: FAQ - FURTHER ASSISTANCE NEEDED

I am sorry I was not able to answer your question, please allow me to gather your information and have someone contact you for further assistance.

May I have your full name please? Including any middle initial.

Caller's Full Name ........................................

Phone # ........................................

Mailing Street Address ........................................

ZIP ...... City (auto) ...... State (auto) .........

Date of Birth ........................................

Do you have a San Francisco Jail number? **YES - HAS SF JAIL #| NO - NO SF JAIL #**

**(If YES)**

SF Jail # ........................................

Thank you for this information. A lawyer will return your call to discuss.

**COGNISENT APP** to Adria Cell Phone 323-626-1870

**EMAIL** sanfranciscosewagelawsuit@gmail.com

## TAG: IN CUSTODY

May I have the spelling of your full name please? Including any middle initial.

Caller's Full Name ........................................**CONFIRM ALL SPELLING**

We are waiting for court approval of the settlement. In the meantime, we need to make sure that we have everyone's current mailing address because all settlement notices must be mailed.

May I have your current mailling address to send the notice to?

Mailing Street Address ........................................

ZIP ...... City (auto) ...... State (auto) .........**CONFIRM ADDRESS**

Date of Birth ........................................

Are you in county jail or state prison? **COUNTY JAIL | STATE PRISON**

**(If COUNTY JAIL)**

Institution Name........................................

May I have your Jail Number please? ........................

Reason For Call ........................................

Thank you for your information, I will forward this to the attorney. If you are moved or change institutions, or if you are released, please be sure to call us to update your mailing address.

**(If STATE PRISON)**

Instiution Name ........................................

May I have your CDRC number please? ........................

Reason For Call ........................................

Thank you for your information, I will forward this to the attorney. If you are moved or change institutions, or if you are released, please be sure to call us to update your mailing address.

**COGNISENT APP** to Adria Cell Phone 323-626-1870

**EMAIL** sanfranciscosewagelawsuit@gmail.com

## TAG: NEW/PERSONAL CASE

May I have the spelling of your full name please? Including any middle initial.

Caller's Full Name ........................................ **CONFIRM ALL SPELLING**

Date of Birth ........................................

May I have your current mailling address?

Mailing Street Address ........................................

ZIP ...... City (auto) ...... State (auto) ......... **CONFIRM ADDRESS**

**CONFIRM: IN CUSTODY | NOT IN CUSTODY**

**(If IN CUSTODY)**

Institution Name........................................

May I have your Jail Number, CDRC number or PNF please? ........................

Thank you for that information. If you are moved or change institutions, or if you are released, please be sure to contact us to update your mailing address.

**(If NOT IN CUSTODY)**

Callback # ........................................

The attorney is not available at this time. I'm happy to take a message.

Reason For Call ........................................

Thank you. If you're calling regarding a new case or personal case, the attorneys ask that you write a short, clear letter, briefly explaining what happened and what you need. Please mail the letter to PO Box 5475, Berkely, California, 94705. I will forward your information to the attorney as well.

**COGNISENT APP** to Adria Cell Phone 323-626-1870

**EMAIL** sanfranciscosewagelawsuit@gmail.com

## TAG: SANTA RITA JAIL

**CONFIRM: REGARDING SEWAGE CLASS ACTION | NOT REGARDING SEWAGE CLASS ACTION**

May I have the spelling of your full name please? Including any middle initial.

Caller's Full Name ........................................**CONFIRM ALL SPELLING**

May I have your current mailling address?

Mailing Street Address ........................................

ZIP ...... City (auto) ...... State (auto) .........**CONFIRM ADDRESS**

Date of Birth ........................................

May I have your PFN please? ........................

Which housing uint are you in? ........................

Thank you. The attorney is not available at this time. I'm happy to take a message.

Reason For Call ........................................

Thank you. If you're calling regarding a new case or personal case, the attorneys ask that you write a short, clear letter, briefly explaining what happened and what you need. Please mail the letter to PO Box 5475, Berkely, California, 94705. I will forward your information to the attorney as well.

**COGNISENT APP** to Adria Cell Phone 323-626-1870

**EMAIL** sanfranciscosewagelawsuit@gmail.com

## TAG: COVID-19

**CONFIRM: IN CUSTODY | NOT IN CUSTODY**

May I have the speling of your full name please? Including any middle initial.

Caller's Full Name ........................................ **CONFIRM ALL SPELLING**

Date of Birth ........................................

Are you in county jail or state prison? **COUNTY JAIL | STATE PRISON**

Institution Name ........................................

**(If COUNTY JAIL)**

May I have your Jail Number please? ........................

**(If STATE PRISON)**

May I have your CDRC number please? ........................

Are you currently infected with COVID -19? **YES - INFECTED WITH COVID | NO - NOT INFECTED WITH COVID**

If this an urgent matter, a staff member can try to set up a video visit with you in the next day or two. You can also call us back or you can call the NLG hotline for assistance. Which would you prefer? **VIDEO VISIT | NLG HOTLINE | CALL BACK LATER**

**(IF VIDEO VISIT)**

Thank you for your information, I will notify the attorney of your call.

**(IF NLG HOTLINE)**

Please call 510-925-4060 for further assistance. The hotline is staffed Monday through Friday from 8 am to 8 pm.

**(IF CALL BACK LATER)**

Thank you for your information, Please call us back at 510-696-0635. I will notify the attorney of your call.

**COGNISENT APP** to Adria Cell Phone 323-626-1870

**EMAIL** sanfranciscosewagelawsuit@gmail.com

## TAG: LEGAL ADVICE

Before you tell me anything more, I want to advise you that I am not an attorney and I'm unable to answer any legal questions. I am the phone operator for the office. I am happy to refer you to the San Francisco County Bar Association if you need legal advice.

Would you like their number? **YES | NO**

**(IF YES)**

The number to call is 415-989-1616. You can also find updates on the case website at www.SanFranciscoWageLawsuit.com.

**(IF NO)**

I'd be happy to take a message and have the appropriate person return your call.

May I have your full name please? Including any middle initial.

Caller's Full Name ........................................

Street Address ........................................

ZIP ...... City (auto) ...... State (auto) .........

Date of Birth ........................................

Thank you for this information. A lawyer will return your call to discuss.

**(Result of the Call):**

**PROVIDED BAR ASSOCIATION NUMBER | MESSAGE TAKEN | CALLER DISCONNECTED OR REFUSED**

**COGNISENT APP** to Adria Cell Phone 323-626-1870

**EMAIL** sanfranciscosewagelawsuit@gmail.com

## TAG: NEEDS LAWYER

I'm happy to have one of our lawyers return your call and answer any questions you have.

May I have your full name please? Including any middle initial.

Caller's Full Name ........................................

Phone # ........................................

Street Address ........................................

ZIP ...... City (auto) ...... State (auto) .........

Date of Birth ........................................

Thank you for this information. Please send us a short, clear description of the facts and what you need. The mailing address is PO Box 5475, Berkeley, California 94705 or you can email the attorney at yhuang.law@gmail.com

**COGNISENT APP** to Adria Cell Phone 323-626-1870

**EMAIL** sanfranciscosewagelawsuit@gmail.com

## TAG: CLASS MEMBER VERIFICATION

I'd be happy to take a message and have the appropriate person return your call.

May I have your full name please? Including any middle initial.

Caller's Full Name ........................................

Phone # ........................................

Street Address ........................................

ZIP ...... City (auto) ...... State (auto) .........

Date of Birth ........................................

Do you have a San Francisco Jail number? **YES - HAS SF JAIL #| NO - NO SF JAIL #**

**(If YES)**

SF Jail # ........................................

Thank you. I will pass this information onto the Claims Administrator. They will check if you are a class member. Please call us back if your address changes, otherwise we will not know how to contact you.

**COGNISENT APP** to Adria Cell Phone 323-626-1870

**EMAIL** sanfranciscosewagelawsuit@gmail.com

# Exhibit D

# RACHEL S. DOUGHTY

2001 Addison Street, Ste. 300, Berkeley, CA 94704
rdoughty@greenfirelaw.com
(510) 900-9502

---

**EXPERIENCE:**

**Greenfire Law, PC**, Berkeley, CA
*Founder, July 2011 -- Present*
- Litigation through trial and administrative proceedings
- Representative legal authority: Complex Litigation, Clean Water Act, California Safe Drinking Water and Toxic Enforcement Act, Wild and Scenic Rivers Act, Transportation Act (Section 4(f)), Refuge Management Act, National Environmental Policy Act, California Environmental Quality Act, Freedom of Information Act, California Public Records Act
- Legislative drafting: plastic microbeads ban in personal care products
- Representative clients: Association of Flight Attendants-Communication Workers of America, Earth Island Institute, Georgia ForestWatch, 5 Gyres, Story of Stuff, Center for Biological Diversity, individuals

**Paul, Hastings, Janofsky & Walker LLP**, San Francisco, CA
*Associate, November 2007 – August 2010*
- Environmental compliance counseling
- Representative legal authority: California environmental and land use law, Resource Conservation and Recovery Act, National Environmental Policy Act, Clean Water Act, Clean Air Act, laws and regulations pertaining to federal lands management
- Representative clients: solar power producers, geothermal power producers, industrial recyclers, manufacturers of consumer goods, public lands management citizen groups

**Gary A. Davis & Associates**, Hot Springs, NC
*Associate, June 2006 -- June 2007*
- Litigation and state and federal administrative actions
- Representative legal authority: Clean Water Act, Freedom of Information Act, North Carolina's Sedimentation Pollution Control Act, local land use and environmental ordinances
- Representative clients: individual land owners, public interest groups in North Carolina, Alabama, Tennessee, and Florida

**WildLaw**, Asheville, NC
*Attorney, September 2004 -- April 2006*
- Federal administrative law, media, organizing
- Representative legal authority: National Forest Management Act, Federal Lands Policy and Management Act, National Environmental Policy Act, Freedom of Information Act, Administrative Policy Act, Clean Water Act, state and local ordinances; corresponding regulations
- Representative clients: Wild South, South Carolina Native Plant Society

**U.S. Environmental Protection Agency, Office of Water, Wetlands Division**, Washington, DC
*National Network for Environmental Management Studies Fellow, 2000 -- 2001*
- Bronze Medal Award for Commendable Service for preparation of multi-state/federal action plan for remediation of hypoxia in Gulf of Mexico
- Policy analysis: hypoxia in the Gulf of Mexico and USDA Farm Bill programs

**BAR ADMISSIONS:**
- California (active); North Carolina (inactive)

**COURT ADMISSIONS:**
- United States District Court for the Central, Eastern, and Northern Districts of California, Western District North Carolina, District D.C., Fourth and Ninth Circuit Courts of Appeal

**EDUCATION:**

**University of Virginia School of Law**, Charlottesville, VA
*J.D., 2004; GPA 3.49*
- Environmental Law Forum (President), William Minor Lile Moot Court Competition, National Environmental Moot Court Competition
- Conference on Public Service and the Law (panel organizer)

**Cornell University**, Ithaca, NY
*M.S. Natural Resources, Minor Concentration: Biogeochemistry, 2003; GPA 3.97*
- Thesis: *Use of Wetlands to Reduce Nitrogen Loads in the Mississippi Atchafalaya River Basin*
- Teaching Assistant, Introductory Biology Laboratory

**University of Tennessee**, Knoxville, TN
*B.S. Biochemistry, Cellular and Molecular Biology, 1998; magna cum laude*
- Howard Hughes Threshold Honors in Biology Scholar
- *Beta Beta Beta* Biology Honor Society
- Laboratory Research Assistant to Dr W. O. Smith as part of Joint Global Ocean Flux Study in Antarctica, funded by National Science Foundation

**PUBLICATIONS AND PRESENTATIONS:**
- Speaker, Public Interest Environmental Law Conference: Land Use Regulation in the Age of Marijuana Legalization (2017)
- Speaker, Hammer Museum, Ocean Plastic Pollution (2015)
- Speaker, Public Interest Environmental Law Conference, Plastics: Changing the Rules Panel (2015)
- Speaker, Tulane Summit on Environmental Law & Policy, Plastics Panel (2014)
- Co-author, *The Case for a Ban on Microplastics in Personal Care Products*, Tulane Environmental Law Journal (Summer 2014)
- Speaker, Public Interest Environmental Law Conference, Ethics Panel (2013)
- Speaker, Plastic Pollution Solutions: Effective Legal Tools Panel, Blue Ocean Film Festival (2012)
- Co-author, *"Energy Inputs in Crop Production in Developing and Developed Countries"* in Rattan Lal et al., Food Security and Environmental Quality in the Developing World (2003)
- Author, *Types of Wetlands* (http://water.epa.gov/type/wetlands/types_index.cfm).

**COMMUNITY:**

**City of Berkeley**
- Commissioner, Zero Waste (2021-present)

**Sylvia Mendez School**
- Green Team Lead (2019- present)
- Undistributed Funds Committee, PTA (2019-2020)

**Camp Phoenix**
- Advisory committee member (2017-2019)

**Dogwood Alliance**
- Board of Directors: chair (2015-2017), vice chair (2013-2015), Board Governance Committee Chair (2012)

**Women in Greentech & Sustainability**
- Founding board member (2010)

**Cleantech Open Competition**
- Volunteer (2009-2010)