LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410
Email: yhuang.law@gmail.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CANDIDO ZAYAS, RUBEN SOTO, ALFREDO RUIZ, JOSE POOT, MILTON LECLAIRE, NIGEL HENRY, RALPH DOMINGUEZ, MATTHEW BRUGMAN, MICHAEL BROWN, KISHAWN NORBERT, MARK EDWARD HILL, and JAMES CLARK on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>　　　　　Plaintiffs,<br>　　　vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; UNDER SHERIFF MATHEW FREEAN; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, SARGEANT DOLLY and John & Jane DOEs, Nos. 1 - 50.<br><br>　　　　　Defendants. | Case No.: 3:18 -cv-06155<br><br>Related Case No.  3:18-cv-04890-JCS (Johnson)<br>Related Case No. 18-cv-04857 JCS (Taylor)<br><br>CERTIFIED SPANISH CLASS NOTICE<br><br>Judge:     Hon. Joseph Spero |

　　　Exhibit A:  Certified Spanish Class Notice

　　　Exhibit B:  Certified Forms

　　　Exhibit C:  Translator's Certification

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

# 850 BRYANT
# CÁRCEL DEL CONDADO 4

## DEMANDA COLECTIVA POR AGUAS RESIDUALES

_____

## AUTORIZACIÓN DE LIQUIDACIÓN AUTORIZADA POR EL TRIBUNAL

_____

## PLAZO PARA LA OBJECIÓN Y LA EXCLUSIÓN VOLUNTARIA

## XX MES, 2021

_____

## TRIBUNAL DISTRITAL DE LOS ESTADOS UNIDOS PARA EL DISTRITO NORTE DE CALIFORNIA

*Candido Zayaz et al. v. Departamento del Sheriff de San Francisco et al.*

Caso No.: 3:18-CV-06155 JCS

> **Un tribunal autorizó esta notificación.  No se trata de una solicitud de un abogado.**

2

Usted ha recibido esta notificación por ser uno de los posibles integrantes de la demanda colectiva en este caso, lo cual implica que se ha visto expuesto a aguas residuales en los bloques de vivienda A, B o C de la Cárcel del Condado de San Francisco 4, ubicada en 850 Bryant Street, entre el 3 de enero de 2017 y el 30 de septiembre de 2018. Si de hecho usted es uno de los demandantes, entonces tiene derecho a recibir dinero para indemnizarlo por los desbordamientos de aguas residuales que le afectaron durante el tiempo que permaneció en la cárcel.

**Sus derechos legales se verán afectados ya sea que responda o no responda a esta notificación. Se aplicarán plazos estrictos.**

Esta notificación resume la solución propuesta de este caso. Para conocer los términos y condiciones precisos del acuerdo, visite www.sanfranciscosewagelawsuit.com o pónganse en contacto con el administrador de la demanda colectiva por correo electrónico, por teléfono o por correo postal de los Estados Unidos.

Si paga una tarifa también puede tener acceso al expediente judicial de este caso a través del sistema de acceso público a los registros electrónicos judiciales (PACER) del tribunal.

## Para obtener más información:

Sitio web del caso:

**Www. sanfranciscosewagelawsuit.com**

Correo electrónico del caso:

**SFJailsewageclassction@gmail.com**

Teléfono del caso:

**1-855-279-9150**

Caso U.S. Mail:

**Demanda colectiva de aguas residuales
PO Box 5475
Berkeley, CA, 94705**

FAX:

**(510) 580-9410**

PACER:

**https://ecf.cand.uscourts.gov**
Palacio de Justicia:

**Edificio Federal Philip Burton
450 Golden Gate Avenue, piso 16
San Francisco, CA** 94102

3

# PREGUNTAS FRECUENTES
## Contenido

1 INFORMACIÓN…………………………………………………………....……………………………4

1.1 ¿Por qué recibí esta notificación? ……………………………………………………………………………………………....…4
1.2 ¿De qué se trata esta demanda? ………………………………………………………………4
1.3 ¿Qué es una demanda colectiva y quién está involucrado? ……………………………… 4
1.4 ¿Cuánto recibirá cada persona? ………………………………………………………………4
1.5 ¿Cómo puedo obtener información sobre el acuerdo y sus beneficios? ……………….4
1.6 ¿Quién es el juez a cargo de este caso? ……………………………………………………… 4
1.7 ¿Cómo se les paga a los abogados? ……………………………………………………………………5
1.8 ¿Por qué esta demanda es una demanda colectiva? ……………………………………………  5
1.9 ¿El juez ha decidido quién tiene razón?
2.0 ¿QUIÉN ESTÁ EN EL ACUERDO? …………………………………………………………….…..5

2.1 ¿Formo parte de este acuerdo? ……………………………………………………………………..…5
2.2 ¿Qué pasa si estaba en 850 Bryant, pero no en los bloques de vivienda A, B o C? ………5
2.3  ¿Qué pasa si estaba en 850 Bryant y en los bloques de vivienda, A, B o C, pero no estaba allí cuando las aguas residuales se desbordaron……………………………………………………………5
2.4 ¿Cómo se decide quién está en la demanda y quién no está en la demanda? ……………5

3 LOS BENEFICIOS DEL ACUERDO-- LO QUE OBTENDRÉ…………………………………………6

3.1 ¿Qué proporciona el acuerdo en términos de dinero? ……………………………………6

4 ¿CUÁLES SON MIS OPCIONES? ………………………………………………………………....…6

4.1 ¿Qué pasa si no hago nada? …………………………………………………………………..6
4.2 ¿Por qué no debería participar en el acuerdo de demanda colectiva? ……………..………6
4.3 ¿Cómo le pido al tribunal la no participación voluntaria en la demanda? ……………………7
4.4 ¿Tengo un abogado en el caso? …………………………………………………………………..7
4.5 ¿Qué debo hacer para obtener los beneficios del acuerdo? ……………………..………...7
4.6 ¿Cómo le digo al tribunal si no me gusta el acuerdo de la demanda colectiva? ……….7
4.7 ¿Cuándo recibiría el dinero? ………………………………………………………………..8
4.8 ¿Tengo que presentarme en el tribunal? ……………………………………………………..8
5 PARA OBTENER MÁS INFORMACIÓN……………………………………………………..8

4

OPT OUT (OPTAR POR LA EXCLUSIÓN) FORMULARIO DE SOLICITUD......................................................9

INSTRUCCIONES ESPECIALES PARA EL COBRO DEL CHEQUE..........................................10

# 1  INFORMACIÓN BÁSICA

## 1.1  ¿Por qué recibí esta notificación?

Usted recibió esta notificación porque se determinó en los registros de la oficina del Sheriff del Condado de San Francisco que usted estaba recluido en la cárcel del condado 4, en los bloques de vivienda A, B o C entre el 3 de enero de 2017 y el 30 de septiembre de 2018. Los registros también indican que usted fue expuesto al desbordamiento directo o indirecto de aguas residuales en uno o más días durante ese período. El propósito de esta notificación es informarle que:

1. El tribunal ha permitido, o ha "certificado" que se entable una demanda colectiva lo cual podría afectarlo. Usted tiene derechos legales y opciones que puede ejercer antes de que el tribunal dicte sentencia definitiva en el caso.

**Y**

2. Un acuerdo negociado entre los demandantes y los demandados ha sido previamente aprobado por el tribunal. Usted tiene derecho a optar por aceptar la indemnización que forma parte del acuerdo, a objetar a los términos del acuerdo o a pedir que se le excluya del caso antes de que el tribunal dé su aprobación definitiva. Debe hacer su elección antes de la [FECHA LÍMITE] o se le incluirá automáticamente en el acuerdo si es integrante del grupo.

1.2 ¿De qué se trata esta demanda?

Esta demanda pretende indemnizar a las personas que estuvieron expuestas a los desbordamientos de aguas residuales en la cárcel del condado 4 en los bloques de vivienda A, B o C entre el 3 de enero de 2017 y el 30 de septiembre de 2018. Los demandantes en este caso alegan que los desbordamientos de aguas residuales vulneraron sus derechos constitucionales bajo las enmiendas octava y/o la decimocuarta.

## 1.3 ¿Qué es una demanda colectiva y quién está involucrado?

En una demanda colectiva, una o más personas llamadas "representantes de la demanda" (en este caso Cándido Zayas, Rubén Soto, Alfredo Ruiz, José Poot, Milton LeClaire, Roger Domínguez, Michael Brown y Matthew Brugman) entablan una demanda en nombre de otras personas con reclamos semejantes. Estas personas son el "colectivo" o los "integrantes de la demanda". Las personas que presentan la demanda y todos los integrantes de ésta se llaman demandantes. Las personas o entidades a quienes demandan los integrantes de la demanda son los demandados. Los demandados en este caso son el departamento del sheriff del Condado de San Francisco, la Ciudad y el Condado de San Francisco, la ex sheriff de San Francisco Vicki Hennessey; el ex sheriff auxiliar Mathew Freema; el sheriff adjunto Paul Miyamoto; el capitán Jason Jackson, y el ex sargento Dolly. Un tribunal se encargará de resolver los asuntos de todos los integrantes de la demanda.

## 1.4  ¿Cuánto recibirá cada integrante de la demanda?

El acuerdo propuesto se distribuirá entre tres subcategorías. Aquellos que sufrieron un impacto directo de las aguas residuales recibirán dos distribuciones. Su pago individual dependerá de las subcategoría a las que pertenezca y del número de días que haya se haya visto afectado por las aguas residuales en la cárcel del condado 4, según los registros de la oficina del sheriff. Los pagos se realizarán únicamente si el tribunal otorga la aprobación definitiva del acuerdo. Habrá deducciones por honorarios de

5

abogados, costos, administración de reclamos y restitución. La carta adjunta contiene la cantidad aproximada que usted va a recuperar como parte de este acuerdo.

En la distribución de primera ronda:

- La subcategoría A: **Aquellos que sufrieron directamente el contacto de las aguas residuales y que presentaron una queja** recibirán aproximadamente $1.1 millones. Cincuenta por ciento (50%) del total de los honorarios y costos de los abogados, y los costos de administración de reclamos se asignarán a la subcategoría A. El importe de los honorarios y costos de los abogados que se deduzcan a cada integrante del grupo de la subcategoría A por cada día de impacto de las aguas residuales se calculará por igual en toda la subclase. El tribunal aún no ha aprobado los honorarios y costos de los abogados solicitados en este caso. Sin embargo**, si el tribunal aprueba los honorarios y costos de los abogados solicitados, cada integrante de la subcategoría A recibiría aproximadamente $316.81 por cada día del impacto de las aguas residuales.**
- La subcategoría B: **Aquellos demandantes que sufrieron directamente el contacto de las aguas residuales y que no presentaron una queja** recibirán $901,600. Cincuenta por ciento (50%) del total de honorarios y costos de los abogados, y los costos de administración de reclamos se asignarán a la subcategoría A. El importe de los honorarios y costos de los abogados que se deduzcan a cada integrante del grupo de la subclase A por cada día de impacto de las aguas residuales se calculará por igual en toda la subclase. El tribunal aún no ha aprobado los honorarios y costos de los abogados solicitados en este caso. **Sin embargo, si la Corte aprueba los honorarios y costos de los abogados solicitados, cada** integrante de la subcategoría **B recibiría** aproximadamente **$69.09 por cada día de impacto de las aguas residuales.**
- La subcategoría de **Impacto Indirecto** de aguas residuales recibirá $5.15 por impacto indirecto de aguas residuales. No habrá deducciones de este número basadas en honorarios y costos, incluidos los costos de administración de la liquidación.
- Utilizando la información proporcionada anteriormente, el administrador de reclamos ha calculado el monto de pago que usted recibirá, cual se encuentra en la carta adjunta.

En la distribución de la segunda ronda: Si, después de 270 días (nueve meses), hay fondos no reclamados de la distribución de la primera ronda, los Fondos No reclamados se distribuirán prorrateados a los miembros de la subcategoría A y subcategoría B. No se deducirán honorarios o costos adicionales de abogados de la distribución de segunda ronda.

Los fondos restantes 270 días después de la distribución de la segunda ronda se asignarán al receptor de *cy pres*, servicios legales para presos con niños, una organización sin fines de lucro del Área de la Bahía.

### 1.2 ¿Cómo puedo obtener información sobre el acuerdo y sus beneficios?

Este notificación es un resumen del Acuerdo de Demanda Colectiva y sus beneficios. Los detalles completos del acuerdo propuesto están disponibles en línea en el Sitio Web del Acuerdo:

Www. sanfranciscosewagelawsuit.com

### 1.3 ¿Quién es el juez a cargo de este caso?

El magistrado Joseph C. Spero, del Tribunal Distrital de los Estados Unidos para el Distrito Norte de California, está supervisando esta demanda colectiva. La demanda es conocida como *Candido Zayas, et al. v County of San Francisco Sheriff's*

6

*Department*, caso No. 18 cv-06155 JCS.

### 1.4 ¿Cómo se les paga a los abogados?

El tribunal designó abogados para representar a los integrantes del grupo en este asunto. Estos abogados se denominan "abogados del grupo". Los abogados de la demanda solicitarán honorarios y costos de abogados por un monto de $695.000, que comprende $660.000 en honorarios que se dividirán al 50% entre el estudio jurídico de Yolanda Huang y los estudios jurídicos de Stanley Goff y Fulvio F. Cajina. La Sra. Huang también solicita una adjudicación de 35.000 dólares por concepto de costos del litigio. Todos los honorarios y costos pagados a los abogados del grupo deberán aprobados por el tribunal.

Los costos de distribución de los fondos del acuerdo, como el envío de esta notificación y el envío de los cheques, también saldrán de los fondos del acuerdo. El importe total de los costos de administración de las reclamaciones es de 145.000 dólares.

Los abogados del grupo presentarán una petición ante el tribunal que contenga el importe definitivo de los honorarios de los abogados y los costos solicitados antes de que finalice el plazo para que los integrantes del grupo se opongan al acuerdo, que estará disponible en www.sanfranciscosewagelawsuit.com o, previo pago, a través del expediente judicial de este caso mediante el sistema de acceso público a los registros electrónicos del tribunal (PACER).

### 1.5 ¿Por qué esta demanda es una demanda colectiva?

- ¿Por qué esta demanda es una demanda colectiva?
- El tribunal decidió que esta demanda cumple con los requisitos de la regla federal de procedimiento civil 23, que rige las acciones colectivas en los tribunales federales. En concreto, el tribunal consideró que una demanda colectiva será más eficiente que tener muchas demandas individuales porque
- - Hay aproximadamente 2.592 miembros del grupo;
- Los integrantes de la demanda colectiva no presentaron individualmente sus propias demandas o demandas separadas;
- - Hay cuestiones legales y hechos compartidos por todos los demandantes;
- - Las demandas de los representantes de grupo son típicas de las demandas del resto de los integrantes de la demanda colectiva (exposición a las aguas residuales);
- - Los representantes del grupo y los abogados que representan al grupo representarán justa y adecuadamente los intereses del grupo; y
- - Las cuestiones jurídicas y los hechos comunes son más importantes que las cuestiones que afectan sólo a los individuos.

### 1.6 ¿Ha decidido el tribunal quién tiene razón?

El tribunal no ha decidido si los demandados o los demandantes tienen razón. Los demandantes y los demandados han negociado un acuerdo. El tribunal determinará si el acuerdo es justo, razonable y adecuado. El acuerdo les proporcionará beneficios a los integrantes del grupo y al público, y, si finalmente se aprueba, será una sentencia definitiva.

## 2 ¿QUIÉN ESTÁ EN EL ACUERDO DE CONCILIACIÓN?

### 2.1 ¿Formo parte de este acuerdo?

Si usted estaba encarcelado en el bloque de viviendas A, B, o C en el séptimo[7] de la calle Bryant 850 (cárcel del condado 4) entre el 3 de enero de 2017, y el 30 de septiembre de 2018, **y** fue afectado directa o indirectamente **por las aguas residuales tal como lo indican los** registros de la oficina del sheriff, usted puede formar parte del acuerdo de conciliación.   El grupo de

7

liquidación aparece como una de las tres subcategorías descritas anteriormente en la sección 1.4.

**Si no está seguro, comuníquese con Class Counsel (abogados de la demanda) en el
1-855-279-9150
O
SFJailsewageclassction@gmail.com.**

### 2.2 ¿Qué pasa si estaba en 850 Bryant pero no en el bloque de vivienda A,B, o C?

A continuación, no se incluye en esta liquidación de Demanda o caso.

### 2.3 ¿Y si estaba en 850 Bryant y en los bloques de vivienda, A, B o C, pero no estaba allí cuando ocurrió la inundación de las aguas residuales?

Entonces usted no está incluido en este acuerdo de demanda o caso

### 2.4 ¿Cómo se decide quién está en la demanda y quién no está en la demanda?

El tribunal, el abogado de los demandantes y el abogado de los demandados han acordado que usaremos la lista de la cárcel de qué reclusos estaban en los bloques de vivienda A, B o C en 850 Bryant entre el 3 de enero de 2017 y el 30de septiembre de2018 y los registros de órdenes de trabajo de la cárcel que muestran cuándo se produjeron los desbordamientos de aguas residuales.

### 2.5 ¿Puedo impugnar la determinación de si estoy en la demanda?

El administrador de reclamaciones junto con en el abogado de la demanda es responsable de calcular qué reclusos integran la demanda y el monto del acuerdo adeudado a cada integrante de la demanda. Se revisaron los expedientes de vivienda de la oficina del sheriff para determinar quiénes eran los integrantes de la demanda y se compararon con los registros de las fechas, horarios y lugares de las inundaciones en la cárcel del condado 4.

Cualquier persona puede impugnar la determinación del administrador de reclamaciones en cuanto a si es un integrante de del grupo proporcionando una notificación por escrito al administrador de reclamaciones por correo electrónico en SFJailsewageclassaction@gmail.com o por correo postal al PO Box 5475 Berkeley, California, 94705 **a más tardar antes de [FECHA] del 2021[1].** La notificación debe incluir el nombre del recluso, la fecha de nacimiento, el número SF, y las fechas en que el individuo cree que estaba alojado en una celda en la cárcel 4 del condado que se vio afectada por una inundación de aguas residuales. A continuación, el administrador de reclamaciones revisará los registros de vivienda e inundaciones pertinentes proporcionados por la cárcel para confirmar si el individuo es integrante del grupo de la clase. La evaluación del administrador de reclamaciones a una impugnación escrita es una respuesta definitiva.

Si el administrador de reclamaciones determina que fue excluido de la demanda por error, los fondos que no se distribuirán en la primera ronda y se mantendrán en un fondo de reserva utilizado para realizar un pago en primera ronda en su nombre.

### 2.6 ¿Puedo impugnar la cantidad que tengo derecho a recibir mediante el acuerdo?

Una persona puede impugnar la determinación del administrador de reclamaciones con respecto a la cantidad a la que tiene derecho según el acuerdo. Si un integrante de la demanda cree que su distribución en la primera ronda es incorrecta, ya sea debido al número de días

---

[1] Antes de enviar la notificación, el abogado de los demandantes actualizará esta fecha a 44 días después de la aprobación preliminar de la petición

que experimentó la inundación, o porque fue designado incorrectamente como integrante de la subcategoría equivocada, puede oponerse por escrito al administrador de reclamaciones por correo electrónico en SFJailsewageclassaction@gmail.com o por correo postal enviado al PO Box 5475 Berkeley, California, 94705 **a más tardar antes de [FECHA] del 2021[2]**. La impugnación deberá incluir su nombre, fecha de nacimiento, número SF, y las fechas en que el individuo cree que estaba alojado en una celda en la cárcel del condado 4 que se vio afectada por la inundación de aguas residuales, y la prueba de cualquier queja presentada. Posteriormente, el administrador de reclamaciones revisará los registros pertinentes para confirmar si el individuo forma parte de la demanda, y de ser así, a qué subcategoría pertenece y el número de días que se vio afectado por las aguas residuales. La evaluación del administrador de reclamaciones a una impugnación escrita es la respuesta definitiva y será dos semanas (2) después semanas de recibir la oposición.

## 3    LOS BENEFICIOS DEL ACUERDO--¿QUÉ PODRÍA RECIBIR?

### 3.1    ¿Qué proporciona el acuerdo en términos de dinero?

El acuerdo de conciliación requiere que los demandados paguen 2.1 millones de dólares, en los que se incluyen todos los honorarios y costos de los abogados, y que serán distribuidos según lo establecido en la Sección 1.4 de esta notificación.

El pago individual del acuerdo que usted reciba dependerá de la subclase a la que pertenezca y del número de días en que tuvo que hacer frente a filtraciones de aguas residuales en la cárcel del condado 4.

Los integrantes de la demanda tendrán 270 días (9 meses) para cobrar los cheques en efectivo proporcionados durante la primera ronda de distribución. Si después de 270 días hay fondos no reclamados de la distribución de la primera ronda, los fondos no reclamados se distribuirán pro rata a los integrantes de la subcategoría A y B en función del número de días de exposición a dichas aguas. Por ejemplo, si hubiera 10.000$ en fondos no reclamados de la distribución de la primera ronda, y hubiera cinco miembros de la subcategoría A que experimentaron cada uno dos inundaciones y diez miembros de la subcategoría B que experimentaron cada uno dos inundaciones, cada miembro de la subcategoría A y B recibiría 333,33$ por cada día de inundaciones, es decir un total de 666,66$ a cada integrante de la demanda. No se deducirán los honorarios o costos de los abogados de la distribución de la segunda ronda. Después de 270 días, cualquier distribución perteneciente a la segunda ronda que no se haya reclamado se asignará al receptor de *cy pres*, servicios legales para presos con niños, una organización sin fines de lucro del Área de la Bahía .

## Mis opciones

**3. NO HAGA NADA/COMPARTA EL ACUERDO**: Sí no hace nada, se le enviará automáticamente un cheque si el tribunal da su aprobación final sobre el acuerdo.
**4. PIDA NO PARTICIPAR:** No recibirá dinero de este acuerdo. Mantendrá sus derechos. Puede

---

[2] Antes de enviar la notificación, el Abogado de los demandantes actualizará esta fecha a 44 días después de la aprobación preliminar de la petición.

9

demandar a los demandados por su cuenta por las mismas reclamaciones legales contenidas en esta demanda.

**5. SI SE OPONE AL ACUERDO:** Para a la conciliación la conciliación, deberá escribir al tribunal sobre por qué no le gusta el acuerdo.

### 3.2 Indemnización.

La Ley del estado de California, Código penal § 2805(a) requiere que la ciudad y el condado de San Francisco deduzcan la indemnización de ciertos acuerdos. La unidad de servicios de indemnizaciones de la Oficina de derechos y servicios a las víctimas y supervivientes determinará si le pertenece algún tipo de indemnización que la ciudad esté obligada a pagar. Cualquier indemnización que le pertenezca se deducirá del total de lo que le corresponda de la demanda.

Si se deduce cualquier monto relativo a la indemnización del cheque del acuerdo de conciliación, el administrador de reclamaciones le notificará el monto del acuerdo que se puso en su orden de indemnización.

## 4  4. ¿QUÉ OPCIONES TENGO?

### 4.1 ¿Qué pasa si no hago nada?

Si no hace nada, sus derechos se verán afectados. Se le enviará un cheque por correo y estará sujeto a los términos del acuerdo. Aceptará quedar exento de presentar cualquier reclamo contenido en el acuerdo de conciliación. Esa versión establece:

*"13. Los integrantes de la demanda,* A TÍTULO ONEROSO, por la cantidad de 2.100.000$ (dos millones cien mil 00/100 dólares) (la "CANTIDAD DEL ACUERDO"), cantidad suficiente que se admite y reconoce a los demandantes y a los integrantes, de forma individual y en representación de sus herederos, socios domésticos, albaceas, administradores y cesionarios, si los hubiere (en lo sucesivo denominados individual y colectivamente como "LOS LIBERADORES"), por la presente acuerdan liberar y eximir completamente a la Ciudad y el Condado de San Francisco, junto con sus electos y/o juntas de nombramiento, agentes, servidores, empleados, consultores, departamentos, comisionados y funcionarios (en adelante, individual y colectivamente como "SAN FRANCISCO"), de todos y cada uno de los reclamos, acciones, causas de acción, responsabilidades, daños, demandas, honorarios de abogados, gastos y costos (incluidos, entre otros, los costos judiciales) de cualquier tipo o naturaleza, ya sean conocidos o desconocidos, sospechosos o insospechados, que hayan existido o puedan haber existido, o que existen, o que en lo sucesivo existirán o puedan existir, y que (1) se alegan o exponen o intentan exponerse en los alegatos archivados en que ciertas acciones consolidadas tituladas "Johnson et al. vs. ciudad y condado de San Francisco, et al." siendo la Acción No. 18-cv-04890 JCS, "Zayas et al. vs. ciudad y condado de San Francisco, et al." siendo la acción No. 18-cv-6155 JCS, y "Taylor contra la ciudad y condado de San Francisco, et al.", caso del USDC No. 18-cv-4857 JSC en los registros del Tribunal de Distrito de los Estados Unidos para el Distrito norte de California (en lo sucesivo denominado colectivamente la "DEMANDA"), o (2) surgen o están de alguna manera relacionados con cualquiera de las transacciones, sucesos o actos u omisiones establecidos o alegados en cualquiera de los alegatos de la demanda (en lo sucesivo denominados colectivamente los "RECLAMOS"). Los liberadores manifiestan y garantizan que no han asignado o transferido, o acordado ceder o transferir, o intentar ceder o transferir, a cualquier tercero o entidad (incluyendo, entre otros, cualquier

10

asegurador) ningún interés en cualquiera de los RECLAMOS. Los liberadores acuerdan defender, indemnizar y mantener indemne a SAN FRANCISCO contra cualquier pérdida, gasto o responsabilidad; incluidos, entre otros, los honorarios razonables de abogados, que surjan de cualquier incumplimiento de lo anterior. Además, en el caso de que SAN FRANCISCO observara que los liberadores han quebrantado esta garantía, SAN FRANCISCO puede, a su exclusivo criterio, optar por rescindir esta renuncia de forma completa y final, en cuyo caso los LIBERADORES remitirán inmediatamente a SAN FRANCISCO el MONTO DEL ACUERDO, más intereses devengándose sobre el mismo a razón del diez por ciento anual, compuesto mensualmente, a partir de la fecha de pago del mismo. Los LIBERADORES declaran y garantizan que (a) no hay gravámenes, incluidos, entre otros, reembolsos médicos, gravámenes de compensación por desempleo o discapacidad, pero excluyendo los requisitos de indemnización existentes que puedan adjuntarse al MONTO DEL ACUERDO o cualquier recuperación pagada a los LIBERADORES de conformidad con la DEMANDA, o (b) en la medida en que existan tales gravámenes, los LIBERADORES pagarán y retirarán todos los gravámenes de la CANTIDAD DEL ACUERDO. Los LIBERADORES acuerdan defender, indemnizar y mantener indemne a SAN FRANCISCO ante cualquier reclamo de cualquier persona o entidad que pretenda aplicar derecho de retención, interés u otra reclamo, ya sea por atención médica, compensación por desempleo y/o discapacidad, honorarios de abogados o de lo contrario, que involucren a los LIBERADORES y que surjan en relación con cualquiera de los RECLAMOS. Al llegar a un acuerdo con respecto a los RECLAMOS resultantes de la formalización de esta EXENCIÓN, los LIBERADORES y SAN FRANCISCO consideran y buscan proteger los intereses de los Centros de Servicios de Medicare y Medicaid ("CMS"), la agencia federal que administra Medicare. Los LIBERADORES acuerdan que la atención médica recibida por cualquier lesión física reclamada por los demandantes en este caso fue proporcionada por el Sistema médico de la cárcel de la ciudad y el condado de San Francisco a cargo de la ciudad y, por lo tanto, no está sujeta a los procedimientos de reembolso de Medicare. Los LIBERADORES y los abogados de los LIBERADORES acuerdan defender, indemnizar y eximir de responsabilidad a SAN FRANCISCO contra todos y cada uno de los reclamos que surjan o estén relacionadas con los términos de este párrafo, incluidos, entre otros, los reclamos del CMS. Los LIBERADORES y el ABOGADO PARA LOS LIBERADORES acuerdan además indemnizar y mantener indemne para siempre a la ciudad de SAN FRANCISCO y sus abogados de cualquier pérdida, responsabilidad o reclamo de cualquier tipo, pasado o presente, o reclamos por atención futura, que surjan de la DEMANDA y ocasionados por cualquier gravamen, derecho u obligación de cualquier carácter, incluidos, entre otros, los creados por los estatutos federales o estatales para gravámenes que surjan bajo Medicare. Los LIBERADORES certifican que han leído la Sección 1542 del Código civil de California, que establece:
LA RENUNCIA GENERAL NO APLICA A RECLAMOS QUE EL ACREEDOR O LA PARTE EXENTA NO CONOCEN O SOSPECHAN QUE EXISTE EN SU FAVOR O EN EL MOMENTO EN EL QUE TIENE LUGAR LA RENUNCIA Y, EN CASO DE QUE ÉSTA SE CONOCIERA, HABRÍA AFECTADO MATERIALMENTE AL ACUERDO CON EL DEUDOR O LA PARTE RENUNCIANTE.

Las partes acuerdan que tras la aprobación final del acuerdo de

11

conciliación por parte del Tribunal, los LIBERADORES renuncian a la aplicación de la Sección 1542 del Código Civil. Los LIBERADORES entienden y reconocen que, como consecuencia de dicha renuncia, según la Sección 1542, incluso aunque los integrantes de la demanda pudieran sufrir pérdidas, daños o lesiones adicionales que surjan o estén relacionados de alguna manera con cualquiera de los eventos que dieron lugar a los reclamos, dichos integrantes de la demanda no podrán presentar más reclamos contra los demandados para recuperar dicha pérdida, daños o lesiones. Los LIBERADORES reconocen que así será incluso en lo que respecta a las reclamos por lesiones personales o daños a la propiedad que puedan existir a fecha de lo acordado en el acuerdo de conciliación, pero que los representantes de dicha demanda no conocen. Si conocieran dichos reclamos, esto afectaría materialmente a la decisión de los representantes de la demanda para llevar a cabo el acuerdo de conciliación, más allá de si la falta de conocimiento por parte de los representantes del grupo de la demanda es resultado de ignorancia, descuido, error, negligencia o cualquier otra causa.

Los LIBERADORES reconocen que, al llevar a cabo el acuerdo de conciliación, están actuando según su propio juicio con información de sus asesores legales. Los LIBERADORES reconocen haber leído el acuerdo de conciliación y haber tenido la oportunidad de que los abogados les informaran de su significado y efecto. Los LIBERADORES reconocen y garantizan que llevan a cabo el acuerdo de conciliación de forma gratuita y voluntaria. Los LIBERADORES declaran y garantizan además que, en el momento en que firmaron el acuerdo de conciliación no se encontraban en el período del primer confinamiento físico, ya sea como paciente interno o ambulatorio, en una clínica o centro de salud (como se define en las Secciones 1203 y 1250 de la Código de salud y seguridad) como resultado de la lesión que supuestamente dio lugar a cualquiera de los reclamos en cuestión en este litigio y que, como resultado, la sección 6152 (b) del Código de negocios y profesiones no se puede utilizar para invalidar el acuerdo de conciliación.

### 4.2 ¿Cómo salgo del acuerdo?

Para desentenderse del acuerdo, tiene que enviar el "FORMULARIO DE SOLICITUD DE EXCLUSIÓN (OPT OUT)" que forma parte de esta notificación. Asegúrese de incluir su nombre y dirección y de firmar el documento (las firmas electrónicas y en Docusign no son válidas).

El formulario de exclusión se puede encontrar en la página 12 de este documento y también está disponible en:

**SFJailsewageclassction@gmail.com**

Debe enviar por correo su solicitud de exclusión sellada en correos antes de [FECHA LÍMITE][3], 2021, a:

**850 Bryant Sewage Class Action Claims Administrator**
Po Box 5475
Berkeley, CA 94705

### 4.2 ¿Tengo un abogado en el caso?

Sí. El tribunal ha nombrado a Yolanda Huang, Stanley Goff y Fulvio Cajina como abogados para representar a todos los integrantes de la demanda designados como "abogados de la demanda". Yolanda Huang ha sido nombrada abogada principal de la demanda. No se le cobrará por ponerse en contacto con ella. Puede ponerse en contacto con ella si tiene alguna duda:

---

[3] Antes de enviar la notificación, el abogado de los demandantes actualizará esta fecha a 44 días después de la aprobación preliminar de la petición.

**SFJailsewageclassction@gmail.com o**

**1-855-279-9150.**

### 4.3 ¿Qué debo hacer para obtener los beneficios del acuerdo?

Si se determina que es integrante de la demanda, recibirá un cheque a la misma dirección donde recibió esta notificación y no necesita hacer nada.

Si desea recibir un pago directo a una dirección diferente a la utilizada para enviar la notificación, debe rellenar y entregar el formulario titulado "INSTRUCCIONES ESPECIALES SOBRE EL COBRO DEL CHEQUE", que forma parte de esta notificación. La fecha límite para entregar este formulario es [Fecha límite][4]

### 4.4  4.5 ¿Cómo le informo al tribunal si no me gusta el acuerdo ?

Si no se desentiende de la demanda colectiva, todavía tiene la opción de objetar u oponerse. El tribunal considerará sus puntos de vista cuando decida si aprueba o no el acuerdo. Ha de entender que el tribunal sólo puede aprobar o rechazar el acuerdo. Si el tribunal no lo aprobara, no se enviarán pagos de liquidación y la demanda continuará. No puede pedir al tribunal de justicia que pida un acuerdo diferente.

Cualquier objeción al acuerdo propuesto deberá presentarse por escrito. Si presenta una objeción por escrito, deberá, pero no está obligado a hacerlo, comparecer en la audiencia final de aprobación, ya sea en persona o a través de su propio abogado. Si usted comparece a través de su abogado, será responsable de contratar y pagar dicho abogado. Todas las objeciones escritas y documentos justificativos deberán (a) identificar claramente el nombre y el número del caso: *Zayas, et al. v. Departamento del Sheriff de San Francisco, et al.*, Caso Número 3:18 CV-06155 JCS), (b) enviarse al tribunal a la dirección de correo postal:

**The Class Action Clerk,
United States District Court for the Northern District of California,
450 Golden Gate Avenue, piso 16
San Francisco, CA 94102.**

Debe presentar o enviar por correo su objeción antes del [FECHA LÍMITE[5]] (si se envía por correo, su objeción debe estar sellada antes de esta fecha):

Además, si lo desea, también puede hablar en la audiencia final de aprobación (la "audiencia de imparcialidad"). Debe enviar una carta indicando que es su "Aviso de Intención de Comparecer en la Audiencia de Equidad en *Zayas, et al. v. Departamento del Sheriff de San Francisco, et al.*, Caso No:3:18 LB-CV-06155 JCS." Asegúrese de incluir su nombre, dirección, número de teléfono y su firma.

Su "Notificación de intención de comparecer" debe estar matasellada a más tardar XXXXX xx, 2021[6], y ha de enviarse al secretario del Tribunal y al administrador de reclamos (dirección en la primera página de esta notificación).

### 4.5 ¿Tengo que ir al tribunal?

No. El tribunal celebrará una audiencia de imparcialidad el [FECHA][7] para decidir si aprueba el acuerdo. Puede

---

[4] Antes de enviar la notificación, el abogado de los demandantes actualizará esta fecha a 44 días después de la aprobación preliminar de la petición

[5] Antes de enviar la notificación, el abogado de los demandantes actualizará esta fecha a 44 días después de la aprobación preliminar de la petición

[6] Antes de enviar la notificación, el abogado de los demandantes actualizará esta fecha a 44 días después de la aprobación preliminar de la petición

13

asistir y puede pedir la palabra, pero no es obligatorio.

Si presenta o envía por correo una objeción no es necesario que vaya al tribunal para hablar sobre ello. Siempre que envíe su objeción por escrito a tiempo, el tribunal lo tendrá en consideración. También puede pagarle a su abogado para que acuda a la audiencia.

## 5   PARA OBTENER MÁS INFORMACIÓN

Tiene varias opciones para obtener más información.

Visite la página web: www.SFJailsewageclassction.com donde encontrará el acuerdo propuesto y otros documentos relevantes sobre el caso.

También puede comunicarse con la abogada principal, Yolanda Huang, por teléfono (855-279-9150) o por correo electrónico a (SFJailsewageclassction@gmail.com). Todos los documentos presentados en este caso también están disponibles pagando **en la página web del tribunal**, www.pacer.gov.

**DICHOS DEPARTAMENTOS NO TIENEN NADA QUE VER CON EL ACUERDO. NO ACEPTAN FORMULARIOS DE RECLAMO NI RESPONDEN A PREGUNTAS SOBRE LA DEMANDA O EL ACUERDO.**

## FECHA FINAL DE AUDIENCIA SUJETA A CAMBIOS

La audiencia final podrá ser aplazada sin previo aviso. Compruebe PACER o consulte con el abogado de la demanda si tiene la intención de comparecer en la audiencia final.

**Si conoce a alguien que haya estado en 850 Bryant desde el 3 de enero del 2017 hasta el 30 de septiembre del 2019, infórmele que existe esta demanda y dígale que se puede poner en contacto con nosotros.**

14

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

# FORMULARIO DE SOLICITUD DE EXCLUSIÓN (OPT OUT)

*Zayas, et al v. Departamento del Sheriff de San Francisco, et al.*
Tribunal distrital.UU. para el Distrito Norte de California, Caso No. 18-cv-06155 JS

Rellene y entregue este formulario solamente si desea desentenderse de este caso (opt out). Si no quiere participar en la demanda, debe rellenar este formulario de solicitud de exclusión y enviarlo por correo, con su firma original y sellado, a más tardar el **[mes, fecha, 2021]**, a:

**850 Bryant Sewage Class Action**

**Claims Administrator**

Po Box 5475

Berkeley, CA 94705

Por favor, escriba de forma legible:

Nombre_____Fecha_____, 202_

Dirección_____

Ciudad _____ Estado _____ Código Postal_____

Teléfono_____ Email_____

Por la presente certifico que me considero integrante de la demanda.

Aún con ello, quiero desentenderme de dicha demanda. Entiendo que no recibiré ningún cheque relacionado con este acuerdo como resultado de mi decisión de desentenderme del tema.

Firma del integrante de la demanda _____

Firme este formulario con un bolígrafo y envíe el original. Las firmas electrónicas y en Docusign no serán válidas.

## FECHA LÍMITE DE SELLADO:

[mes, fecha, 2021][9]

2

# INSTRUCCIONES ESPECIALES SOBRE EL COBRO DEL CHEQUE

*Zayas, et al v. Departamento del Sheriff de San Francisco, et al.*

Tribunal de Distrito de EE.UU. para el distrito norte de California, Caso No. 18-cv-06155 JS

Si desea que su cheque se entregue a otra persona, o a una dirección diferente a aquella en la que recibió esta notificación, rellene este formulario y entréguelo usando cualquiera de los siguientes métodos:

- Correo: PO Box 5475, Berkeley, CA 94705
- Fax: (510) 580-9410
- Correo electrónico: SFJailsewageclassction@gmail.com

**DEBERÁN PRESENTARSE LAS INSTRUCCIONES ESPECIALES DE COBRO UNA VEZ COMPLETADAS Y** FIRMADAS BAJO PENA DE PERJURIO ANTES DE LA **FECHA LÍMITE**:_____ 2021[10]

Nombre_____ Apellidos_____

Fecha de nacimiento _____

Dirección: _____

Ciudad_____ Estado_____ Código postal _____

Correo electrónico: _____

Teléfono: durante el día_____ durante la noche_____

Instrucciones especiales: _____

_____

Declaro bajo pena de perjurio según las leyes del Estado de California y los Estados Unidos que fui encarcelado en el 850 de Bryant Street, en los blosuqes de viviendas A, B o C, en el período comprendido entre enero del 2017 y el 30 de septiembrede del 2018, y sufrí las consecuencias de las inundaciones de aguas residuales. Las declaraciones anteriores son verdaderas y correctas.

Firmado en la ciudad de_____, Estado de_____

A (fecha)_____ , 202__ Firma: _____

Firme este formulario con un **bolígrafo** y envíe el original. Las firmas electrónicas y con Docusign no serán válidas.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

<div style="border:1px solid black; padding:10px; text-align:center;">

## Angela Zawadzki
**Certified Court Interpreter and Translator**
6114 La Salle Avenue #454
Oakland, California, 94611
Tel: 510.482.4538 Cell: 510.205.8600

</div>

## DECLARATION OF TRANSLATOR

I, the undersigned, say: I am a Court Certified Interpreter and Translator of the State of California (300151), and of the Administrative Office of the United States Courts (04791). I am fluent in the English and the Spanish languages; I have personally performed the translation from **English** into **Spanish** of the attached document:

**Notice to potential class members in the case of:**
**Candido Zayaz et al. v. San Francisco Sheriff's Department et al.**
**Case No.: 3:18-CV-06155 JCS**

I certify under penalty of perjury that I personally performed this translation to the best of my ability, and that the translation is accurate and complete.

Executed on May 28, 2021, in Oakland, California

*[signature]*

Federal and State Certified
Interpreter and Translator