LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410
E-Mail: yhuang.law@gmail.com

STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Fulvio F. Cajina, Esq. (SBN 289126)
LAW OFFICE OF FULVIO F. CAJINA
528 Grand Ave.
Oakland, CA 94610
Telephone: (415) 601-0779
Email: fulvio@cajinalaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

Jurisdiction

| | |
|---|---|
| CANDIDO ZAYAS, RUBEN SOTO, ALFREDO RUIZ, JOSE POOT, MILTON LECLAIRE, NIGEL HENRY, RALPH DOMINGUEZ, MATTHEW BRUGMAN , MICHAEL BROWN, KISHAWN NORBERT, MARK EDWARD HILL, AND JAMES CLARK,<br><br>        Plaintiff, | CASE NO.: 3:18 -CV-06155<br><br>NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT, THE PLAN OF ALLOCATION AND ATTORNEYS FEES AND COSTS, MEMORANDUM OF POINTS AND AUTHORITIES<br><br>Related Case No.  3:18-cv-04890-JCS |

| | |
|---|---|
| vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; UNDER SHERIFF MATHEW FREEAN; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, SARGEANT DOLLY and John & Jane DOEs, Nos. 1 - 50. | (Johnson)<br>Related Case No. 18-cv-04857 JCS (Taylor)<br><br>Date:  Sept. 3, 2021<br>Time: 9:30 a.m.<br>Courtroom:  F, 15th Floor<br><br>Hon.: Joseph C. Spero, presiding |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in accordance with Rule 23(e) of the Federal Rules of Civil Procedure and the Court's Order Granting Motion for Preliminary Approval of Settlement ("Preliminary Approval Order," ECF No. 5593), on September 3, 2021, at 9:30 a.m., Plaintiffs will move the Court, before the Honorable Joseph C. Spero for (1) entry of a Judgment granting final approval of the proposed settlement of this Action (the "Settlement") and (2) entry of an Order granting approval of the proposed plan of allocation of the net proceeds of the Settlement (the "Plan of Allocation"), and approval of the attorneys fees and costs.

This Motion is based on the following Memorandum of Points and Authorities, the accompanying Declaration of Yolanda Huang in Support of Plaintiffs' Lead Counsel's request for attorneys fees, the Declaration of Fulvio Cajina in support of the request for attorneys fees for the original Johnson attorneys, the Declaration of Stanley Goff in support of the request for attorneys fees for the original Johnson attorneys, the Declaration of Rachel Doughty, the Joint Motion and Memorandum of Points and Authorities in Support of the Motion for Preliminary Approval (Dkt. 98), the Proposed English Notice (Dkt 101-1), the Proposed Certified Spanish Language Notice (Dkt. 102), the Declaration of Rachel Doughty (Dkt. 101), the Court's Order Approving Preliminary Settlement (Dkt. 104), all other prior pleadings and papers in this Action, arguments of counsel, and any additional information or argument that may be required by the Court.

A proposed Judgment and proposed Order approving the Plan of Allocation will be submitted with Plaintiffs' reply submission on August 20, 2021, along with a list of the persons who made timely and proper requests for exclusion and the Proof of Class Notice.

STATEMENT OF ISSUES TO BE DECIDED

1. Whether the Court should approve the proposed Settlement as fair, reasonable, and adequate under Rule 23(e).

2. Whether the Court should approve the Plan of Allocation as fair and reasonable.

3. Whether the Court should approve the attorneys fees and costs as fair and reasonable.

Dated: July 19, 2021                    ATTORNEYS FOR PLAINTIFFS

                                                   */s/ Yolanda Huang*
                                                    YOLANDA HUANG

                                                   */s/ Fulvio F. Cajina*
                                                   Fulvio F. Cajina

                                                   */s/ Stanley Goff*
                                                   STANLEY GOFF

July 20, 2021

**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION AND ATTORNEYS FEES AND COSTS**

*Zayas, Et Al. V. San Francisco County Sheriff's Department Et Al.,* United States District Court, Northern District Of California, Case No.3:18-Cv-06155