```
1   LAW OFFICES OF YOLANDA HUANG
    YOLANDA HUANG, SBN 104543
2   528 GRAND AVENUE
3   Oakland, CA 94610
    Telephone: (510) 329-2140
4   Facsimile:  (510) 580-9410
    E-Mail: yhuang.law@gmail.com
5
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

Jurisdiction

| | |
|---|---|
| CANDIDO ZAYAS, RUBEN SOTO, ALFREDO RUIZ, JOSE POOT, MILTON LECLAIRE, NIGEL HENRY, RALPH DOMINGUEZ, MATTHEW BRUGMAN, MICHAEL BROWN, KISHAWN NORBERT, MARK EDWARD HILL, AND JAMES CLARK, <br><br> Plaintiff, <br><br> vs. <br><br> SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; UNDER SHERIFF MATHEW FREEAN; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, SARGEANT DOLLY and John & Jane DOEs, Nos. 1 - 50. | CASE NO.: 3:18 -CV-06155 <br><br> DECLARATION OF RACHEL DOUGHTY <br><br><br> Related Case No.  3:18-cv-04890-JCS (Johnson) <br> Related Case No. 18-cv-04857 JCS (Taylor) |

I, RACHEL DOUGHTY, declare:

1. I am the principal attorney of Greenfire Law, PC.  On June 16, 2021, Greenfire Law, as the Claims Administrator in the above matter caused to be mailed, 2,571 copies of the Notice in both English and Spanish, to class members.

---

1

**DECLARATION OF RACHEL DOUGHTY IN SUPPORT OF MOTION FOR FINAL APPROVAL**

*Zayas, Et Al. V. San Francisco County Sheriff's Department Et Al.,*  United States District Court, Northern District Of California, Case No.3:18-Cv-06155

2. Since the mailing, 160 have been returned by the United States Post Office for insufficient address.

3. The Notice advised class members of their right to object to the Plan, to be excluded from the plan.  Along with the notice were individual letters providing each class members with the best estimate of their potential settlement amount without deduction for any restitution owed.

4. We have received zero (0) written Requests for Exclusion.

5. We have received zero (0) written objections.

6. We received two complaints.  One complaint was by a class member who stated that he was also a jail worker and felt that he deserved compensation as a jail worker, although jail workers are not members of the class nor included per the class description.

7. The second complaint was by one class member who disputed his assignment in a sub-class and disputed the amount of his exposure to sewage.

8. We received communications from four (4) class members with corrected addresses and requests for mailing of the Notice.  Notices were mailed as requested.

9. We received communication from 7 individuals who, upon verification, were not members of the class.

10. We received 19 communications with special handling requests.

11. We have mailed out an additional six (6) Notices upon request.

12. We have retained a private investigator to search for the whereabouts of any class member meeting the following conditions: notice was returned from the only or all potential addresses for that individual, and who is allocated recovery is more than $500.  To date, there have been five (5) such searches.

13. We have initiated advertising on social media, with targeted ads to those individuals searching for services directed to the transient population in the San Francisco Bay Area.

14. Copies of the Notice, in both English and Spanish are available for download on the website:  sfsewagelawsuit.com.

15. There is a 24 hour, live answering service to respond to calls.

I make this declaration under penalty of perjury, under the laws of the State of California, executed this 19th day in Berkeley, California.

                                      /s/ *RACHEL DOUGHTY*
                                      RACHEL DOUGHTY
3

**DECLARATION OF RACHEL DOUGHTY IN SUPPORT OF MOTION FOR FINAL APPROVAL**

*Zayas, Et Al. V. San Francisco County Sheriff's Department Et Al.,* United States District Court, Northern District Of California, Case No.3:18-Cv-06155