LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410
Email: yhuang.law@gmail.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CANDIDO ZAYAS, RUBEN SOTO, ALFREDO RUIZ, JOSE POOT, MILTON LECLAIRE, NIGEL HENRY, RALPH DOMINGUEZ, MATTHEW BRUGMAN , MICHAEL BROWN, KISHAWN NORBERT, MARK EDWARD HILL, and JAMES CLARK on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>         Plaintiffs,<br><br>                  vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; UNDER SHERIFF MATHEW FREEAN; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, SARGEANT DOLLY and John & Jane DOEs, Nos. 1 - 50.<br><br>         Defendants. | Case No.: 3:18 -cv-06155<br><br>Related Case No.  3:18-cv-04890-JCS (Johnson)<br>Related Case No. 18-cv-04857 JCS (Taylor)<br><br>**DECLARATION OF YOLANDA HUANG IN SUPPORT OF MOTION FOR CLASS CERTIFICATION,**<br><br>Judge:     Magistrate Joseph Spero<br>Date:      September 3, 2021<br>Time:      2:00 p.m.<br>Place:     Courtroom F, 15th Floor<br>              450 Golden Gate Avenue<br>              San Francisco, CA 94102 |

I, Yolanda Huang, declare:

1. I am an attorney admitted to practice before this Court and am counsel for plaintiffs and class members in the ZAYAS action.
2. I am counsel for plaintiffs in the Zayas case.  I am a member of the California Bar and am admitted to practice before the United States Supreme Court, the California Supreme Court, the United States Court of Appeals for the Ninth Circuit, and all federal district courts in California.  I am a 1982 graduate of the Berkeley School of Law, after receiving a double undergraduate degree from the University of California, Berkeley in 1976.  After graduating from law school, I have maintained a solo practice in civil and criminal litigation in the San Francisco Bay Area.
3. I was the lead counsel in *Ghysels v. Interfraternity Council*, et al. No. 10494360, Alameda County Superior Court, which was a complex litigation spanning seven (7) years representing plaintiffs who alleged public and private nuisance against all of the fraternities in the City of Berkeley, and their housing corporations.  There were 72 defendants in all.  This was successfully resolved in 2017.
4. In 2015, I was lead counsel and successfully concluded a class action lawsuit with 350 class members, against the Alameda County Sheriff's Office regarding conditions of confinement and the Oakland Police Department for wrongful arrests.  (Angell et al. v. City of Oakland, et al. Case No. C13-0190-NC, Northern District of California).
5. Over the past decade, I have handled or am currently involved in over ten (10) conditions of confinement cases involving county jails, 5 of which are class actions.
6. I and my staff have done extensive work investigating the claims in this case since May 2017 and have the capacity to thoroughly and vigorously prosecute the claims in this case and properly represent the plaintiff class and subclass and intends to commit all necessary resources to do so.
7. In 2015, Magistrate Judge Cousins awarded attorneys fees to this declarant at a rate of $625 per hour in a class action settlement.  The current locally applicable market rate for someone who has 38 years of litigation experience is over $700 per hour.  Utilizing the 2015 awarded rate increased by the consumer price index as set by the United States Department of Labor, which results in an hourly rate of $675.

8. In April, 2020, I had expended 435 hours in this matter, and my paralegal had expended 123 hours. the total of fees, calculated for the 92% of non-custody plaintiffs and class members is as follows:

| Attorney | Hourly Rate | Hours | Lodestar |
|---|---|---|---|
| Yolanda Huang | $675 | 435 | $293,625 |
| Paralegal | $150 | 123 | $18,450 |

9. Since April, 2020, The efforts included communications with Plaintiffs and class members. Particularly after we mailed a postcard to every potential class member in July, 2020, we received in excess of 500 phone calls in response in the 5 months following the mailing. All the responses were positive. There were no negative responses.

10. My paralegal, Jenna Swartz has expended an addition 96 hours responding to phone communications and replying to written communications. Following the mailing of the postcard, there were extensive communications from potential class members, including multiple contacts from individuals. I have expended an additional 67 hours. The total hours my office has expended is as follows:

| Attorney | Hourly Rate | Hours | Lodestar |
|---|---|---|---|
| Yolanda Huang | $675 | 502 | $338,850 |
| Paralegal | $150 | 219 | $ 32,850 |

The lodestar totals $371,700

11. Costs of $35,000 incurred include filing fees, subpoena fees, mediation/ADR services, GTL collect phone call fees from the jail, information technology ("IT") for data entry and data analysis to identify all class members, sort by sub-class, and assign class members to the various sub-classes, with many class members belonging to more than one class; the mailing of postcards to each known class member in summer of 2020, having a 24 hour live answering service, starting in the summer of 2020.

12. I am requesting $330,000 in attorneys fees which is less than the lodestar. Including $35,000 for costs, I am requesting a total of $365,000.00.

I make this declaration under penalty of perjury under the laws of the State of California, executed this 19th day of July, 2021, in Berkeley, California.

                                         */s/ Yolanda Huang*
                                         YOLANDA HUANG

4

**DECLARATION OF YHUANG IN SUPPORT OF MOTION FOR FINAL APPROVAL AND ATTORNEYS FEES**
*Zayas, et al. v. San Francisco County Sheriff's Department et al.,* United States District Court, Northern District of California, Case No.3:18-cv-06155