LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yhuang.law@gmail.com

STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Fulvio F. Cajina, Esq. (SBN 289126)
LAW OFFICE OF FULVIO F. CAJINA
528 Grand Ave.
Oakland, CA 94610
Telephone: (415) 601-0779
Email: fulvio@cajinalaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CANDIDO ZAYAS, et al., on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, et al.<br><br>Defendants. | CASE NO.: 3:18 -CV-06155 – ZAYAS<br><br>**DECLARATION OF STANLEY GOFF IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date:   September 3, 2021<br>Time:           9:30 a.m.<br>Place:          Via Zoom<br><br>Trial Date:     Not set. |

1

I, Stanley Goff, declare:

1. I am an attorney admitted to practice before this Court and am counsel for plaintiffs in the JOHNSON and ZAYAS matters.

2. I am a member of the California Bar and I am admitted to practice before the California Supreme Court, the United States Court of Appeals for the Ninth Circuit, the Northern District, Central District and Eastern District federal courts in California. I am a 2009 graduate of John F. Kennedy School of Law, after receiving a Master's Degree from San Francisco State University, in 2007.

3. Since 2013, I have maintained a solo practice in civil rights litigation in the San Francisco Bay Area. In that capacity, I have represented many clients successfully, obtaining multiple six and seven figure settlements in civil rights cases.

4. Together with co-counsel in this case, we have obtained a very good outcome – a $2.1 million settlement – in a case where damages were hotly disputed by the parties and where, given that not all inmates filed grievances, some claims faced potential dismissal.

5. I initially brought the suit representing the Johnson Plaintiff by myself, which included collecting data, meeting with numerous clients and drafting and filing the initial complaint in Court. Mr. Cajina subsequently appeared in the case, and together we moved the Johnson case forward.

6. I have expended 430 hours to date on these two matters, having, at one point, represented over 150 inmates. In these cases, I agreed to bill at a rate of $475/hr., which, is significantly less than the hourly rate for an attorney of my background and years of practice. By way of example, the current locally applicable market rate in the City of San Francisco for someone who has 8-10 years of litigation experience is $608 per hour.

| Attorney | Hourly Rate | Hours | Lodestar |
| --- | --- | --- | --- |
| Stanley Goff | $475 | 430 | $204,250.00 |

7. With the consolidation, and the settlement amount of $2.1 million, the parties have stipulated to attorneys' fees of 31.4 percent of the settlement amount, equaling $660,000 in attorneys' fees. Those fees are to be split (50/50) between Ms. Huang on the one hand, and Mr. Cajina and myself on the other.

8. Given the compensation agreement I have with my co-counsel, Mr. Cajina, I will receive a 60% share of the attorney's fees due my firm. My estimated compensation in this case is $198,000 – less than the lodestar amount cited above.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed this 19th day of July 2021 at Oakland, California.

/s/ *Stanley Goff*
STANLEY GOFF