UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO ZAYAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 18-cv-06155-JCS<br><br>**ORDER RE RESOLUTION OF CLASS-MEMBER CHALLENGES TO CALCULATION OF SETTLEMENT PAYMENT AMOUNTS** |

The Court is in receipt of a letter from a class member who contends the number of days of exposure that was used to calculate his settlement payment is incorrect. He further states that he was told by Rachel Doughty, of Greenfire Law (the Claims Administrator) that he should direct his objection to the Court. Pursuant to the Settlement Agreement approved by the Court it is the Claims Administrator, *and not the Court*, that is charged with resolving such challenges. In particular, the Settlement Agreement provides as follows:

> If a Class Member believes that the Claims Administrator's determination regarding the amount to which said Class Member is entitled in his first-round distribution is incorrect, either because of the number of days he experienced a flooding event is incorrect, or because he was incorrectly designated as a member of the wrong Sub-Class, he can provide written notice to the Claims Administrator via email at SFJailsewageclassaction@gmail.com or via U.S. Mail delivered to PO Box 5475 Berkeley, California, 94705 within thirty (30) days from the mailing date of the Notice. The challenge should include his name, date of birth, SF number, and the dates the individual believes he was housed in a cell at County Jail 4 that was impacted by a sewage flood, and proof of any grievances filed. **The Claims Administrator will then review the Records produced by Defendants to Class Counsel as described in paragraph 42 above, to confirm the amount of first-round distribution said individual is entitled to by reviewing said Records to confirm the number of days said individual, experienced a flooding event, and the Sub-Class he belongs in. The Claims Administrator's assessment in response to a written challenge is final and shall be due no later**

**than two weeks after receipt of a written challenge**.

Settlement Agreement [Dkt. No. 98-1], ¶ 46.  Under this provision, it is expected that the Claims Administrator will consult with counsel and Defendants as appropriate in resolving challenges to calculation of their settlement amounts by class members.  Challenges of this nature should not be directed to the Court.

**IT IS SO ORDERED.**

Dated:  August 2, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge