UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO ZAYAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 18-cv-06155-JCS<br><br>**ORDER SETTING STATUS CONFERENCE FOR AUGUST 6, 2021 AT 2:00 P.M. AND FOR CLAIMS ADMINISTRATOR TO APPEAR** |

The Court has recently received two letters from class members challenging the calculation of their settlement amounts. As stated in the Court's August 2, 2021 Order, resolution of these challenges is to be handled, in the first instance, by the Claims Administrator and counsel. However, these letters raise non-frivolous challenges suggesting both that the information provided by Defendants may not be complete and accurate and that class members' challenges are not being addressed promptly. The Court has admonished the parties that approval of the settlement in this case will require that "the Settlement Agreement provide a clear definition of the settlement class *and a fair and efficient mechanism for resolving disputes that may arise as to whether these individuals are entitled to receive a share of the settlement.*" Docket No. 90 at 4 (emphasis added). The Court is concerned that this requirement is not being met.

Therefore, the Court will conduct a status conference on Friday, **August 6, 2021 at 2:00 p.m**., via Zoom, to address whether the remaining deadlines, including the deadline to opt out or object and the Final Fairness hearing, need to be extended to provide the class members with a reasonable opportunity to have their challenges to the settlement amounts resolved prior to the deadline for opting out or objecting. **In addition to counsel for the parties, the individual responsible for claims administration at Greenfire Law, Rachel Doughty, shall also appear**

at the hearing to address the Court's questions about the claims administration process.

**IT IS SO ORDERED.**

Dated:  August 5, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge