# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ZOOM CIVIL MINUTE ORDER

| **Case No.:** 18-cv-04890-JCS And Related Case 18-cv-06155 JCS | **Case Name:** Johnson v. City and County of San Francisco, et al  Related Case Name: Zayas et al v. SF Sheriff's Dept., et al. | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: August 9, 2021 | **Time:** 35 M |

**Attorney for Plaintiff:** Fulvio Cajina (Johnson); Yolanda Huang (Zayas)
**Attorney for Defendant:** Kaitlyn Murphy
**Greenfire Law Claims Administrator:** Rachel Doughty, Christian Bucey

**Deputy Clerk:** Karen Hom              **Digital Reporter:** Zoom Webinar Time: 2:01-2:36

## ZOOM WEBINAR PROCEEDINGS

1. Status Conference - Held

### ORDERED AFTER HEARING

1. Counsel for Plaintiffs and Defendant shall meet and confer and investigate all of the communications from class members and individuals who contend they are class members that have been received by the Claims Administrator via telephone, email or paper, as well as the letters filed with the Court,- challenging the calculation of their settlement amount or class membership, whether due to discrepancies relating to the number of days they were in an exposed cell, a dispute as to whether they filed a grievance or for any other reason.
2. Counsel shall check on possible discrepancies between the number of days of exposure listed on the spreadsheets that were sent to the Claims Administrator by Plaintiffs' counsel and the start dates on the spreadsheet from the jail that was provided to Plaintiffs' counsel by Defendant's counsel.

**NOTES:** If the parties are not able to file a status report before 8/12/2021, they can provide an oral update.

**CASE CONTINUED TO:** 08/12/2021 at 2:00 PM for a further status conference by Zoom. Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.