LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
E-Mail: yhuang.law@gmail.com


STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Fulvio F. Cajina, Esq. (SBN 289126)
LAW OFFICE OF FULVIO F. CAJINA
528 Grand Ave.
Oakland, CA 94610
Telephone: (415) 601-0779
Email: fulvio@cajinalaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| CANDIDO ZAYAS, et al., <br><br> Plaintiffs, <br> vs. <br><br> SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, et al.. <br><br> Defendants. | Case No.: 3:18-cv-06155 <br><br> [~~PROPOSED~~] ORDER RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL <br><br> Judge:  Magistrate Joseph Spero <br> Date:   August 11, 2021 <br> Time:   2:00 p.m. <br> Place:  Courtroom F, 15th Floor <br>         450 Golden Gate Avenue <br>         San Francisco, CA 94102 <br><br> Hon. Joseph Spero, presiding |

1

[~~PROPOSED~~] ORDER
*Zayas, et al. v. San Francisco County Sheriff's Department et al.,* United States District Court, Northern District of California, Case No.3:18-cv-06155

Having reviewed Plaintiffs' Administrative Motion to File Under Seal and the Declaration of Fulvio F. Cajina in support thereof, the Court ORDERS that the following documents:

1. Plaintiffs' Case Management Statement
2. Exhibit A: Mr. Blanche's Inmate Housing History Record;
3. Exhibit B: Mr. Freeman's Inmate Housing History Record;
4. Exhibit C: Mr. Addleman's Prisoner Action Request;
5. Exhibit D: Mr. Addleman's Inmate Housing History Record;
6. Exhibit E: Mr. Ramos's Inmate Housing History Record;
7. Exhibit F: Mr. Vidor's Correspondence; and
8. Exhibit G: Mr. Vidor's Inmate Housing History Record

be filed under seal pursuant to Civil Local Rule 79-5(d).

Dated: August 12, 2021

HON. JOSEPH C. SPERO
Chief Magistrate Judge of the United States District Court