UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**ZOOM CIVIL MINUTE ORDER**

| **Case No.:** 18-cv-04890-JCS And Related Case 18-cv-06155 JCS | **Case Name:** Johnson v. City and County of San Francisco, et al <br> Related Case Name: Zayas et al v. SF Sheriff's Dept., et al. | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: August 12, 2021 | **Time:** 27 M |

**Attorney for Plaintiff:** Stan Goff (Johnson); Yolanda Huang (Zayas)
**Attorney for Defendant:** Kaitlyn Murphy
**Greenfire Law Claims Administrator:** Rachel Doughty, Christian Bucey

| **Deputy Clerk:** Karen Hom | **Digital Reporter:** Zoom Webinar Time: 2:00-2:27 |
|---|---|

**ZOOM WEBINAR PROCEEDINGS**

1. Status Conference - Held

**ORDERED AFTER HEARING**

New opt-out date for the three individuals (Williams, Gordon, Cheeves) will be 8/20/2021.
The final report from the Claims Administrator will be due 8/25/2021
Court to issue order.

**CASE CONTINUED TO:**   09/03/2021 at 9:30 AM (already set) for a Fairness Hearing Zoom. Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.