UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO ZAYAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-06155-JCS<br><br>**ORDER MODIFYING DEADLINES** |

Based on the representations of the parties and the Claims Administrator at the August 12, 2021 status conference and the report of the Claims Administrator filed in response to the Court's August 9, 2021 Order, and pursuant to the agreement of the parties, the Court extends the following deadlines:

With respect to class members A.W., A.G. and D.C.[1] only, the deadline to file and submit objections to the settlement or a request for exclusion from the settlement is extended from **August 9, 2021** to **August 20, 2021**. The Claims Administrator shall send written notice to these individuals notifying them of the extension. The Court also understands that Plaintiffs' counsel and the Claims Administrator will attempt to convey this information promptly to these individuals using any contact information in their possession, such as telephone numbers and email addresses of family members or others who have previously contacted counsel or the Claims Administrator in connection with the settlement. In addition, the deadline to file responses to objections and the declaration of the Claims Administrator providing information about the response of the class to the settlement, is extended from **August 20, 2021** to **August 25, 2021**.

---

[1] The full names of these class members are contained in the Claims Administrator's sealed report. The Court uses only their initials to protect their privacy.

1  The Final Fairness Hearing set for September 3, 2021 shall remain on calendar.

2  **IT IS SO ORDERED.**

4  Dated: August 12, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge