LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410
Email: yhuang.law@gmail.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CANDIDO ZAYAS, RUBEN SOTO, ALFREDO RUIZ, JOSE POOT, MILTON LECLAIRE, NIGEL HENRY, RALPH DOMINGUEZ, MATTHEW BRUGMAN , MICHAEL BROWN, KISHAWN NORBERT, MARK EDWARD HILL, and JAMES CLARK on behalf of themselves individually and others similarly situated, as a class and Subclass,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; UNDER SHERIFF MATHEW FREEAN; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, SARGEANT DOLLY and John & Jane DOEs, Nos. 1 - 50.<br><br>Defendants. | Case No.: 3:18 -cv-06155<br><br>Related Case No.  3:18-cv-04890-JCS (Johnson)<br>Related Case No. 18-cv-04857 JCS (Taylor)<br><br>PLAINTIFFS' UPDATED CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date:     October 1, 2021<br>Time:    12:00 p.m.<br>Place:    Courtroom F, 15th Floor<br>              450 Golden Gate Avenue<br>              San Francisco, CA 94102<br><br>Judge:    Magistrate Joseph Spero |

PLAINTIFFS  submit this supplemental Case management Conference statement.

1
**PLAINTIFFS' SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT**
*Zayas, et al. v. San Francisco County Sheriff's Department et al.,*  United States District Court, Northern District of California, Case No.3:18-cv-06155

1. **Factual Background**

On September 29, 2021, the Court issued an order scheduling a Case Management Conference for October 1, 2021 at 12 p.m.

**AB 177**

On September 29, 23021, Governor Newsome signed AB 177 which would repeal the authority to collect administrative fines, as of January 1, 2022. In addition, AB 1869, which was signed into law and in effect as of July 1, 2021, also repealed the authority to collect certain fines and assessments. It is clear that the restitutions calculated include administrative fines.

The parties had a Zoom meet and confer on September 30, 2021. Defense counsel Kaitlyn Murphy had informally contacted the Office of Victim and Survivor Rights and Services (OVSRS) who represented that in their opinion, none of the administrative fines included in the restitution calculation are covered by AB 1869, but would be impacted by AB 177, in the portion that goes into effect on January 1, 2022. The parties discussed the applicability of AB 177, and agreed that if the final order approving the settlement were issued before January 1, 2022, then AB 177 would ot apply.

It was agreed that defense counsel Murphy is going to contact the Office of Victim and Survivor Rights and Services (OVSRS) for a confirmation in writing of their informal, verbal representations.

**Updated Restitution Numbers**

Of all class members, approximately half have restitution owed. Many of these class members are in custody. Presumably, some payments have been made, between the time the original restitution amounts were verified by the OVSRS in May, 2021 and now. It was agreed that Claims Administrator Rachel Doughty would contact the Office of Victim and Survivor Rights and Services (OVSRS) to request that they update their restitution amounts to account for any payments made by class members in the intervening period.

**Novell Taylor OptOut**

As a result of Novell Taylor's optout and separate settlement, his share of the class settlement, in the amount of $5,713.04 returns to the fund. Given that the calculations of

settlement distribution was predicated upon a specific amount ($510 per day) to Sub-Class A members (ECF 98-1, p. 10 § 40) , with the amount to Sub-Class B and C, derived based upon the calculations to Sub-Class A members, the parties agreed, subject to approval by the Court, that Novell Taylor's share would be folded into the remainder, and distributed pro-rata in the second distribution.  (ECF 98-1, p. 14).

**Amended Proposed Order**

The parties hereby submit an amended proposed order.

DATED: October 1, 2021                    LAW OFFICE OF YOLANDA HUANG


                                                                   */s/ Yolanda Huang*
                                          Yolanda Huang
                                          Counsel for Plaintiffs