# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ZOOM CIVIL MINUTE ORDER

| Case No.: 18-cv-06155-JCS | Case Name: Zayas v. San Francisco Sheriff's Department |
|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date:** October 1, 2021    **Time:** 5 M (12:16-12:21) |

**Attorney for Plaintiff:** Yolanda Huang, Stan Goff
**Attorney for Defendant:** Kaitlyn Murphy
**Greenfire Law Claims Administrator:** Rachel Doughty, Christian Bucey

**Deputy Clerk:** Karen Hom     **Digital Reporter:** Zoom Webinar Time: 12:16-12:21

## ZOOM WEBINAR PROCEEDINGS

1. Status Conference - Held

## ORDERED AFTER HEARING

The City consents to final approval of the class settlement even if Mr. Taylor (18-cv-4857) is not dismissed and Mr. Taylor's matter will be settled separately.

**NOTES:** the supplemental filings ordered by the Court were filed in the Johnson case, 18-cv-04587 JCS.

**CASE CONTINUED TO:**

**Order to be prepared by:**
[ ] Plaintiff     [ ] Defendant     [ ] Court