1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  KAITLYN MURPHY, State Bar #293309
   Deputy City Attorneys
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3867 [Murphy]
6  Facsimile:    (415) 554-3837
   E-Mail:       kaitlyn.murphy@sfcityatty.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  SAN FRANCISCO SHERIFF'S OFFICE,
   VICKI HENNESSEY; MATTHEW FREEMAN,
10 PAUL MIYAMOTO; JASON JACKSON,
   AND SERGEANT JAMES DOLLY
11

                         UNITED STATES DISTRICT COURT

                        NORTHERN DISTRICT OF CALIFORNIA

| CANDIDO ZAYAS, RUBEN SOTO, ALFREDO RUIZ, JOSE POOT, MILTON LECLAIRE, NIGEL HENRY, ROBERT DOMINGUEZ, and MATTHEW BRUGMAN on behalf of themselves individually and others similarly situated, as a class and Subclass, <br><br> Plaintiffs, <br><br> vs. <br><br> SAN FRANCISCO COUNTY SHERIFF'S DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF VICKI HENNESSEY; UNDER SHERIFF MATHEW FREEAN; CHIEF DEPUTY SHERIFF PAUL MIYAMOTO; CAPTAIN JASON JACKSON, SARGEANT DOLLY and John & Jane DOEs, Nos. 1 - 50, <br><br> Defendants. | Case No. 18-cv-06155 JCS <br><br> **STIPULATION FOR DISMISSAL OF DEFENDANTS VICKI HENNESSEY, MATTHEW FREEMAN, AND JAMES DOLLY PURSUANT TO FRCP 41(a)(1); [~~PROPOSED~~] ORDER** <br><br> Trial Date:    Not set. |
|---|---|

1     WHEREAS, it is the intent of the parties to effectuate the settlement;

2     WHEREAS, some of the original defendants are no longer employees of the City and County of San Francisco,

4     IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, through their respective counsel, upon the Court's acceptance of the Parties' Settlement Agreement, Plaintiffs' Complaint in the above-captioned action and all causes of action against the following Defendants ("Dismissed Defendants") be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure:

- Defendant Vicki Hennessey
- Defendant Matthew Freeman
- Defendant James Dolly

All parties who have appeared in this matter join in the stipulation. Plaintiff and the Dismissed Defendants are to bear their own costs of suit and attorney's fees.

Dated: April 7, 2021

By: _____/s/ Kaitlyn Murphy_____
KAITLYN MURPHY

Attorneys for Defendants

Dated: April 7, 2021

By: _____/s/ Yolanda Huang*_____
YOLANDA HUANG

Attorney for Plaintiffs

I, Kaitlyn Murphy, am the ECF user whose identification and password are used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these document(s) has been obtained from each of its signatories.

## [~~PROPOSED~~] ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is ordered that the following defendants ("Dismissed Defendants") be and hereby are dismissed with prejudice:

- Defendant Vicki Hennessey
- Defendant Matthew Freeman
- Defendant James Dolly

Plaintiff and the Dismissed Defendants are to bear their own costs of suit and attorney's fees.

DATED: October 4, 2021

HONORABLE JOSEPH C. SPERO
Chief Magistrate Judge