UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO ZAYAS, et al., <br> Plaintiffs, <br> v. <br> SAN FRANCISCO SHERIFF'S DEPARTMENT, et al., <br> Defendants. | Case No. 18-cv-06155-JCS <br><br> **ORDER DENYING MOTION FOR FAIRNESS HEARING** <br><br> Re: Dkt. No. 117 |

The Motion for Fairness Hearing filed by Mr. Taylor in this case is DENIED as moot.

**IT IS SO ORDERED.**

Dated: October 4, 2021

JOSEPH C. SPERO
Chief Magistrate Judge