UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO ZAYAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAN FRANCISCO SHERIFF'S DEPARTMENT, et al., <br><br> Defendants. | Case No. 18-cv-06155-JCS <br><br> **JUDGMENT IN A CIVIL CASE** |

The Court has separately entered an order granting final approval of the parties' class action settlement pursuant to Federal Rule of Civil Procedure 23, which has settled the claims in this action in their entirety. Accordingly, pursuant to Federal Rule of Civil Procedure 58 the Court enters Judgment. As agreed by the parties in Paragraph 74 of the Settlement Agreement, the Court will have continuing jurisdiction over all disputes between and among the parties arising out of the Settlement Agreement for a period of 12 months.

**IT IS SO ORDERED.**

Dated: October 4, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge